1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  1545 River Park Drive, Suite 201
   Sacramento, California 95815
3  Telephone: (916) 565-6222
   Telecopier: (916) 565-6220
4
   Attorneys for Defendants
5  AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 REYNALDO SALINAS, et al.,        )   CASE NO. C 08-01463 MEJ
                                    )
12               Plaintiffs,        )
                                    )
13 vs.                              )
                                    )
14 AMTECK OF TEXAS, et al.,         )
                                    )
15               Defendants.        )
                                    )
16

17

18

19

20        AMTECK OF KENTUCKY, INC.'s SUBSTITUTION OF COUNSEL

21

22

23

24

25

26

SUBSTITUTION OF COUNSEL - AMTECK          - 1 -                CASE NO. C 08-01463 MEJ

1  It is hereby stipulated and consented that John P. Cotter and Anthony C. Diepenbrock of
2  Diepenbrock & Cotter LLP, 1545 River Park Drive, Suite 201, Sacramento, California 95815, Tel
3  (916) 565-6222, be and hereby are substituted in place and instead of Sandra Sterba-Boatwright and
4  Rebecca Rivers Kieschnick of Donnell Abernethy & Kieschnick, P.C., 555 N Carancahua, Suite
5  400, Corpus Christi, TX  78478 as attorneys for the defendant AMTECK OF KENTUCKY, INC.
6  in this action and that this substitution be entered into effect without further notice.

7  DATED:        March 28, 2008            DIEPENBROCK & COTTER, LLP

                                           /s/ John P. Cotter
9                                       By: _____
                                           JOHN P. COTTER
10                                         Attorneys for Defendants
                                           AMTECK OF KENTUCKY, INC. and
11                                         THE HASKELL COMPANY

12 DATED:        March 28, 2008            DIEPENBROCK & COTTER, LLP

                                           /s/ Anthony C. Diepenbrock
14                                      By: _____
                                           ANTHONY C. DIEPENBROCK
15                                         Attorneys for Defendants
                                           AMTECK OF KENTUCKY, INC. and
16                                         THE HASKELL COMPANY

17 DATED:        March 28, 2008            DONNELL ABERNETHY & KIESCHNICK, P.C.

                                           /s/ Sandra Sterba-boatwright
19                                      By: _____
                                           SANDRA STERBA-BOATWRIGHT

21 DATED:        March 28, 2008            DONNELL ABERNETHY & KIESCHNICK, P.C.

                                           /s/ Rebecca Rivers Kieschnick
23                                      By: _____
                                           REBECCA RIVERS KIESCHNICK

| | | |
|---|---|---|
| 1 | DATED:    March 28, 2008 | AMTECK OF KENTUCKY, INC. |

By: /s/ Clark Wheeler
_____
CLARK WHEELER
Authorized Representative of AMTECK OF KENTUCKY, INC.

H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\SUBSTITUTION OF COUNSEL - AMTECK.wpd