1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  1545 River Park Drive, Suite 201
   Sacramento, California 95815
3  Telephone: (916) 565-6222
   Telecopier: (916) 565-6220
4
   Attorneys for Defendants
5  AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  REYNALDO SALINAS, et al.,              )    CASE NO. C 08-01463 MEJ
                                           )
12             Plaintiffs,                 )
                                           )
13  vs.                                    )
                                           )
14  AMTECK OF TEXAS, et al.,               )
                                           )
15             Defendants.                 )
    _____       )

16

17

18

19

20       THE HASKELL COMPANY's SUBSTITUTION OF COUNSEL

21

22

23

24

25

26

1    It is hereby stipulated and consented that John P. Cotter and Anthony C. Diepenbrock of

2  Diepenbrock & Cotter LLP, 1545 River Park Drive, Suite 201, Sacramento, California 95815, Tel

3  (916) 565-6222, be and hereby are substituted in place and instead of Sandra Sterba-Boatwright and

4  Rebecca Rivers Kieschnick of Donnell Abernethy & Kieschnick, P.C., 555 N Carancahua, Suite

5  400, Corpus Christi, TX 78478 as attorneys for the defendant THE HASKELL COMPANY  in this

6  action and that this substitution be entered into effect without further notice.

7  DATED:      March 28, 2008          DIEPENBROCK & COTTER, LLP

8

9                                          /s/ John P. Cotter
                                    By: _____

10                                          JOHN P. COTTER
                                          Attorneys for Defendants
11                                          AMTECK OF KENTUCKY, INC. and
                                          THE HASKELL COMPANY

12  DATED:      March 28, 2008          DIEPENBROCK & COTTER, LLP

13

14                                          /s/ Anthony C. Diepenbrock
                                    By: _____

15                                          ANTHONY C. DIEPENBROCK
                                          Attorneys for Defendants
16                                          AMTECK OF KENTUCKY, INC. and
                                          THE HASKELL COMPANY

17  DATED:      March 28, 2008          DONNELL ABERNETHY & KIESCHNICK, P.C.

18

19                                          /s/  Sandra Sterba-Boatwright
                                    By: _____

20                                          SANDRA STERBA-BOATWRIGHT

21  DATED:      March 28, 2008          DONNELL ABERNETHY & KIESCHNICK, P.C.

22

23                                          /s/ Rebecca Rivers Kieschnick
                                    By: _____

24                                          REBECCA RIVERS KIESCHNICK

25

26

1

DATED:      March 28, 2008      THE HASKELL COMPANY

2

/s/ Vanessa McMillan

By: _____

3

VANESSA McMILLAN
Authorized Representative of THE
HASKELL COMPANY

4

5

6

H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\SUBSTITUTION OF COUNSEL - HASKELL.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUBSTITUTION OF COUNSEL - HASKELL               - 3 -                    CASE NO. C 08-01463 MEJ