```
1  PETER M. CALLAHAN, ESQ. (SBN 44937)
   RONALD D. DIGESTI, ESQ. (SBN 129051)
2  LEEH A. DiBELLO, ESQ. (SBN 214349)
   ANNA C. GEHRIGER, ESQ. (SBN 248484)
3  CALLAHAN, McCUNE & WILLIS, APLC
   500 Sansome Street, Suite 410
4  San Francisco, CA 94111
   Tel:  (415) 593-5700
5  Fax:  (415) 593-6984
   E-Mail:
6
7  Attorneys for Defendant,
   U.S. TRADES, LLC
8
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO SALINAS, ISABEL SALINAS, AND JESSICA SALINAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE MARTIN SALINAS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTECK OF TEXAS, AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC., U.S. TRADES, LLC, HASKELL COMPANY d.b.a. THE HASKELL OMPANY OF FLORIDA, SNORKEL INTERNATIONAL, INC.<br><br>Defendants. | Case No.: 3:08-cv-01463 PJH<br>JUDGE: Hon. Phyllis J. Hamilton<br>DEPARTMENT:<br>COMPLAINT DATE:<br><br>U.S. TRADES, LLC's SUBSTITUTION OF COUNSEL<br><br>DISCOVERY CUT OFF:  NONE<br>MOTION CUT OFF:  NONE<br>MSC DATE:  NONE<br>TRIAL DATE:  NONE |

It is hereby stipulated and consented that the law firm of Callahan, McCune & Willis, APLC, 500 Sansome Street, Suite 410, San Francisco, CA 94111, Tel (415) 593-5700, be and hereby are substituted in place and instead of Bryan Haynes and C. Don Clayton of Locke, Lord, Bissell & Liddell, LLP – 2200 Ross Avenue, Suite 2200, Dallas, TX 75201, Tel: 214-740-8000, as attorneys for the defendant US TRADES LLC, in this

- 1 -
Substitution of Counsel – U.S. Trades, LLC

1  action and that this substitution be entered into effect without further notice.
2
3  DATED: June 4, 2008                  CALLAHAN, McCUNE & WILLIS, APLC
4
5                                       By _____
6                                          RONALD D. DIGESTI, ESQ.
                                            Attorneys for Defendant
7                                           U.S. TRADES, LLC
8
9
10
11
12
13
14 DATED: June 4, 2008                  LOCKE LORD BISSELL & LIDDELL, LLP
15
16                                      By _____
                                           C. Don Clayton, Esq.
17
18
19
20
21
22
23 DATED: June 4, 2008                  LOCKE LORD BISSELL & LIDDELL, LLP
24
25                                      By _____
                                           Bryan Haynes, Esq.
26
27
28

-2-
Substitution of Counsel – U.S. Trades, LLC

1  DATED: June 12, 2008                    US TRADES LLC
2
3                                          By _____
4                                             Steve Cox
                                              Vice President
5
6  G:\ActiveCases\HAR\080013Salinas\PROC\Substituton of Attorney-US Trades.doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
Substitution of Counsel – U.S. Trades, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF SAN FRANCISCO )

     I am employed in the County of San Francisco, State of California, I am over the age of 18 years and not a party to the within action; my business address is 500 Sansome Street, Suite 410, San Francisco, California.

     On this date, I served the foregoing document described as:

**U.S. TRADES, LLC's SUBSTITUTION OF COUNSEL**

     Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

SEE ATTACHED SERVICE LIST

     I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

    <u>X</u>  **(BY MAIL)**  I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

    <u>X</u>  **(EMAIL/PACER/ECF)** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45 *(as to registered users only)*.

    <u>X</u>  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on June 12, 2008, at San Francisco, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Martyn Collins*
Martyn Collins

- 1 -
PROOF OF SERVICE

# SERVICE LIST

Case Name:      *Reynaldo Salinas v. Amteck of Texas, et al.*
Court:          USDC, Northern District of California, San Francisco Division
Case Number:    3:08-cv-01463 PJH

| | |
|---|---|
| Wesley T. Ball, Esq. (TSBN 24038754)<br>Michael A. Hawash, Esq. (TSBN 00792061)<br>FARRAR & BALL, LLP<br>1010 Lamar, Suite 1600<br>Houston, TX  77002<br>Tel: (713) 221-8300<br>Fax: (713) 221-8301<br>E-Mail: michael@fbtrial.com | Attorneys for Plaintiffs |
| John P. Cotter<br>Anthony C. Diepenbrock<br>DIEPENBROCK & COTTER LLP<br>1545 River Park Drive, Suite 201<br>Sacramento, CA 95815<br>Tel: (916) 565-6222<br>Telecopier: (916) 565-6220<br>Fax:<br>E-Mail: | Attorneys for Defendants<br>AMTECK & HASKELL |
| Tonya Beane Webber, Esq.<br>PORTER, ROGERS, DAHLMAN<br>  & GORDON, PC<br>One Shoreline Plaza, Suite 800<br>800 N. Shoreline<br>Corpus Christi, TX  78401<br>Tel:<br>Fax:<br>E-Mail: | Attorneys for Defendant<br>SNORKEL INTERNATIONAL, INC. |
| Bryan Haynes, Esq. (TSBN 09283520)<br>C. Don Clayton, Esq. (TSBN 24027932)<br>Jason R. Marlin, Esq. (TSBN 2405098)<br>LOCKE LORD BISSELL & LIDDELL, LLP<br>2200 Ross Avenue., Suite 2200<br>Dallas, TX  75201<br>Tel: (214) 740-8000<br>Fax: (214) 740-8800<br>E-Mail: bhaynes@lockelord.com | Co-Counsel for Defendant<br>U.S. TRADES, LLC |