1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  ANTHONY R. ROSSMILLER, State Bar No. 215652
   1545 River Park Drive, Suite 201
3  Sacramento, California 95815
   Telephone: (916) 565-6222
4  Telecopier: (916) 565-6220

5  Attorneys for Defendants
   AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

6

7

8
                         UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| REYNALDO SALINAS, et al., | CASE NO. C 08-01463 PJH |
| Plaintiffs, | |
| vs. | Date: July 23, 2008 |
| | Time: 9:00 a.m |
| AMTECK OF TEXAS, et al., | Courtroom: 3 |
| Defendants. | |

17

18  **DEFENDANTS AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY'S NOTICE OF MOTION AND MOTION FOR ASSESSMENT OF FEES AND COSTS AGAINST PLAINTIFFS IN THE AMOUNT OF $77,847.66 AND FOR STAY OR DISMISSAL OF PROCEEDINGS PENDING PAYMENT**

NOTICE OF MOTION AND MOTION FOR
FEES AND COSTS             - 1 -             CASE NO. C 08-01463 PJH

NOTICE IS HEREBY GIVEN that on July 23, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 3 of the above titled court located at 450 Golden Gate Avenue, San Francisco, California, defendants Amteck of Kentucky, Inc. and the Haskell Company (hereinafter, "defendants") will move and do hereby move this court for the following:

(1) An order requiring plaintiffs and/or their counsel to pay the judgment of $7,496.26 entered in favor of the moving defendants in the matter of Reynaldo Salinas, et al. v. Amteck, et al., Superior Court, State of California, Napa County, Case No. 26-35179;

(2) An order requiring plaintiffs and/or their counsel to pay $42,127.24 to the moving defendants for attorneys fees and costs incurred defending Reynaldo Salinas, et al. v. Amteck, et al., Superior Court, State of California, Napa County, Case No. 26-35179 prior to the action being voluntarily dismissed by plaintiffs without the moving defendants' consent;

(3) An order requiring plaintiffs and/or their counsel to pay $28,224.16 to the moving defendants for attorneys fees and costs incurred
removing this action from Texas state court and having it transferred to this court; and

(4) An order staying this action until plaintiffs and/or their counsel have paid the judgment, attorneys fees and costs requested above.

This motion is made pursuant to Fed.R.Civ.P. Rule 41(d), 28 USC §1927 and FRCP Rule 30(d)(2) and (3) on the grounds that plaintiffs dismissed a complaint against the moving defendants in the Napa County Superior Court for an improper purpose and then re-filed a complaint with the same claims against moving defendants in Texas state court. Plaintiffs actions have required the moving defendants to remove this matter from Texas state court and have it transferred to this court.

This motion is based upon this notice, the accompanying memorandum of points and authorities, the accompanying attorney declaration, the pleadings and files on file herein,

the pleadings and files on file in <u>Reynaldo Salinas, et al. v. Amteck of Texas, et al</u>, USDC, Southern District of Texas, Case No. 7:08-cv-00003 and such further other matters as may hereafter be presented to the court at the hearing.

DATED:    June 9, 2008              DIEPENBROCK & COTTER, LLP

                                    */s/ John P. Cotter*
                            By:    _____
                                    JOHN P. COTTER
                                    ANTHONY R. ROSSMILLER
                                    Attorneys for Defendants
                                    AMTECK OF KENTUCKY, INC. and
                                    THE HASKELL COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) or UNITED PARCEL SERVICE to the counsel listed below on June 12, 2008:

Wesley Todd Ball
Michael A. Hawash
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
T: (713) 221-8300
F: (713) 221-8301
michael@fbtrial.com

Counsel for Plaintiffs
(By UPS only - not ECF registered for this case - copy of General Order 45 included)


Timothy D. McMahon
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose Ca. 95112
T: (408) 298-7200
F:
tmcmahon@cmalaw.net

Counsel for Plaintiffs
(Courtesy copy by UPS only - not ECF registered for this case - copy of General Order 45 included)

Ronald D. Digesti, Esq.
Callahan, Mccune & Willis, APLC
500 Sansome Street. Suite 410
San Francisco, CA 94111
T: 415-593-5700
F: 415-593-6984
ronald_digesti@cmwlaw.net

Counsel for U.S. Trades
(Served through ECF system)

1
2  Frank Edward Schmaneck
   Dryden Margolis Schimaneck & Wertz
   505 Sansome Street, Sixth Floor
3  San Francisco, CA 94111
   T: (415) 362-6715
4  F: (415) 362-0638
   feschimaneck@drydenlaw.com
5
   Counsel for Snorkel International, Inc.
6  (Served through ECF system)

7
           I declare under penalty of perjury that the forgoing is true and correct.
8
                                              */s/ John P. Cotter*
9                                             _____
                                              JOHN P. COTTER
10

11
   H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\mot-costs-frcp41(2)-notmot.wpd
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF MOTION AND MOTION FOR
FEES AND COSTS                              - 5 -                         CASE NO. C 08-01463  PJH