DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, et al., ) | CASE NO. C 08-01463 PJH |
| Plaintiffs, ) | |
| vs. ) | Date:       July 23, 2008 |
| ) | Time:       9:00 a.m |
| AMTECK OF TEXAS, et al., ) | Courtroom:  3 |
| Defendants. ) | |

REQUEST FOR JUDICIAL NOTICE RE:
DEFENDANTS AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY'S
NOTICE OF MOTION AND MOTION FOR ASSESSMENT OF FEES AND COSTS
AGAINST PLAINTIFFS IN THE AMOUNT OF $77,847.66 AND FOR STAY OR
DISMISSAL OF PROCEEDINGS PENDING PAYMENT

REQUEST FOR JUDICIAL NOTICE            - 1 -            CASE NO. C 08-01463 PJH

1  Pursuant to Federal Rule of Evidence 201, defendants Amteck of Kentucky, Inc. and the Haskell Company request that the court take judicial notice of the following facts:

  1. Plaintiffs filed an action against defendants Amteck of Kentucky, Inc. and the Haskell Company entitled <u>Reynaldo Salinas, et al. vs. Amteck</u>, Superior Court, State of California, Napa County, Case No. 26-35179 which was dismissed without prejudice. See, Exhibits "1" and "4" attached to the memorandum accompanying this motion.

  2. Plaintiffs filed this action against defendants Amteck of Kentucky, Inc. and the Haskell Company in Texas state court. See, Exhibit "8" attached to the memorandum accompanying this motion.

  3. The claims against defendants Amteck of Kentucky, Inc. and the Haskell Company in <u>Reynaldo Salinas, et al. vs. Amteck</u>, Superior Court, State of California, Napa County, Case No. 26-35179 are substantially similar to the claims in this action. See, Exhibits "1" and "8" attached to the memorandum accompanying this motion.

  4. Plaintiffs sued an entity known as Amteck of Texas in this action. Amteck of Texas removed the action to the Southern District of Texas and asserted it had been wrongfully jointed in this action. Amteck also filed a motion to dismiss and was eventually dismissed by plaintiffs. See, Exhibits "13" through "15" attached to the memorandum accompanying this motion.

  5. Defendant Amteck of Kentucky removed this action to the Southern District of Texas and filed a motion to dismiss/transfer. See, Exhibits "9" and "10" attached to the memorandum accompanying this motion.

  6. Defendant Haskell Company removed this action to the Southern District of Texas and filed a motion to dismiss/transfer. See, Exhibits "11" and "12" attached to the memorandum accompanying this motion.

  Defendants Amteck of Kentucky, Inc. and the Haskell Company also request that the court take judicial notice of the court's files and documents while the case was venued

1  in the Southern District of Texas.  The case number is 7:08-cv-00003.

2  DATED:        June 12, 2008                    DIEPENBROCK & COTTER, LLP

                                                  */s/ John P. Cotter*
                                          By:  _____
                                                  JOHN P. COTTER
                                                  ANTHONY R. ROSSMILLER
                                                  Attorneys for Defendants
                                                  AMTECK OF KENTUCKY, INC. and
                                                  THE HASKELL COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) or UNITED PARCEL SERVICE to the counsel listed below on June 12, 2008:

Wesley Todd Ball
Michael A. Hawash
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
T: (713) 221-8300
F: (713) 221-8301
michael@fbtrial.com

Counsel for Plaintiffs
(By UPS only - not ECF registered for this case - copy of General Order 45 included)

Timothy D. McMahon
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose Ca. 95112
T: (408) 298-7200
F:
tmcmahon@cmalaw.net

Counsel for Plaintiffs
(Courtesy copy by UPS only - not ECF registered for this case - copy of General Order 45 included)

Ronald D. Digesti, Esq.
Callahan, Mccune & Willis, APLC
500 Sansome Street. Suite 410
San Francisco, CA 94111
T: 415-593-5700
F: 415-593-6984
ronald_digesti@cmwlaw.net

Counsel for U.S. Trades
(Served through ECF system)

1 | Frank Edward Schmaneck
  | Dryden Margolis Schimaneck & Wertz
2 | 505 Sansome Street, Sixth Floor
  | San Francisco, CA 94111
3 | T: (415) 362-6715
  | F: (415) 362-0638
4 | feschimaneck@drydenlaw.com

5 | Counsel for Snorkel International, Inc.
  | (Served through ECF system)

6

7 |     I declare under penalty of perjury that the forgoing is true and correct.

8 |                       */s/ John P. Cotter*

9 |                      _____
  |                      JOHN P. COTTER

10

11 | H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\mot-costs-frcp41(2)-req for judicial notice.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26