DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, et al., ) | CASE NO. C 08-01463 PJH |
| Plaintiffs, ) | |
| vs. ) | Date: July 23, 2008 |
| ) | Time: 9:00 a.m. |
| AMTECK OF TEXAS, et al., ) | Courtroom: 3 |
| Defendants. ) | |

[PROPOSED] ORDER GRANTING DEFENDANTS AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY'S NOTICE OF MOTION FOR ASSESSMENT OF FEES AND COSTS AGAINST PLAINTIFFS AND FOR STAY OR DISMISSAL OF PROCEEDINGS PENDING PAYMENT

This matter coming before this court and after due consideration of the moving papers, and all other matters presented to the court,

IT IS HEREBY ORDERED THAT:

1.      Defendants Amteck of Kentucky, Inc. and the Haskell Company's (hereinafter, "defendants") Motion for Assessment of Fees and Costs against plaintiffs is GRANTED as good cause exists for requiring plaintiffs to pay the moving defendants the Napa County Superior Court judgment and defendants attorneys fees and costs incurred defending the prior California action and defendants attorneys fees and costs incurred in removing this matter from Texas state court and transferring it to this court.

2.      Plaintiffs and/or their counsel are to pay to the moving defendants the amount of $_____, constituting the amount of the Napa County Superior Court judgment against plaintiffs and defendants' reasonable attorneys fees and costs associated with the prior California state court and this action.

3.      IT IS FURTHER ORDERED that this action is stayed pending plaintiffs' payment to defendants the amounts ordered above.

Dated:_____

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) or UNITED PARCEL SERVICE to the counsel listed below on June 12, 2008:

Wesley Todd Ball
Michael A. Hawash
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
T: (713) 221-8300
F: (713) 221-8301
michael@fbtrial.com

Counsel for Plaintiffs
(By UPS only - not ECF registered for this case - copy of General Order 45 included)


Timothy D. McMahon
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose Ca. 95112
T: (408) 298-7200
F:
tmcmahon@cmalaw.net

Counsel for Plaintiffs
(Courtesy copy by UPS only - not ECF registered for this case - copy of General Order 45 included)

Ronald D. Digesti, Esq.
Callahan, Mccune & Willis, APLC
500 Sansome Street. Suite 410
San Francisco, CA 94111
T: 415-593-5700
F: 415-593-6984
ronald_digesti@cmwlaw.net

Counsel for U.S. Trades
(Served through ECF system)

[PROPOSED] ORDER GRANTING
MOTION FOR ASSESSMENT OF                                          CASE NO. C 08-01463  PJH
FEES AND COSTS AGAINST PLAINTIFFS

Frank Edward Schmaneck
Dryden Margolis Schimaneck & Wertz
505 Sansome Street, Sixth Floor
San Francisco, CA 94111
T: (415) 362-6715
F: (415) 362-0638
feschimaneck@drydenlaw.com

Counsel for Snorkel International, Inc.
(Served through ECF system)

   I declare under penalty of perjury that the forgoing is true and correct.

               */s/ John P. Cotter*
              _____
               JOHN P. COTTER

H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\mot-costs-frcp41(2)-ord.wpd

[PROPOSED] ORDER GRANTING
MOTION FOR ASSESSMENT OF                 CASE NO. C 08-01463  PJH
FEES AND COSTS AGAINST PLAINTIFFS