1  Frank E. Schimaneck, Esq. (SBN 73912)
2  Susan E. Foe, Esq. (SBN 148730)
   DRYDEN, MARGOLES, SCHIMANECK & WERTZ
3  A Law Corporation
   505 Sansome Street, Sixth Floor
4  San Francisco, California 94111
   Telephone: (415) 362-6715
5  Facsimile: (415) 362-0638
   Email: feschimaneck@drydenlaw.com
6         sefoe@dyrdenlaw.com

7  Attorneys for Defendant
   SNORKEL INTERNATIONAL, INC.
8

9

10                   IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          (SAN FRANCISCO DIVISION)

13

14  REYNALDO SALINAS; ISABEL SALINAS;      )   USDC NO. C 08-01463 MEJ
    AND JESSICA SALINAS, individually and as )
15  REPRESENTATIVE OF THE ESTATE OF        )   SUBSTITUTION OF ATTORNEYS ON
    JOSE MARTIN SALINAS,                   )   BEHALF OF SNORKEL
                                           )   INTERNATIONAL, INC.
16           Plaintiff,                    )
                                           )
17  v.                                     )
                                           )
18  AMTECK OF TEXAS; AMTECK OF             )
    KENTUCKY, INC., dba KENTUCKY           )
19  AMTECK, INC.; U.S. TRADES, LLC;        )
    HASKELL COMPANY dba THE HASKELL        )
20  COMPANY OF FLORIDA, SNORKEL            )
    INTERNATIONAL, INC.,                   )
21                                         )
             Defendants.                   )
22  _____)

23      It is hereby stipulated and consented that Frank E. Schimaneck of Dryden, Margoles,

24  Schimaneck & Wertz, 505 Sansome Street, Sixth Floor, San Francisco, California 94111

25  [Telephone: (415) 362-6715 • Fax: (415) 362-0638] be and hereby is substituted in place and instead

26  of Tonya Beane Webber, Esq., of Porter, Rogers, Dahlman & Gordon, P.C., as attorneys for the

27  Defendant SNORKEL INTERNATIONAL, INC., in this action and that this substitution be entered

28  into effect without further notice.

---

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1

SUBSTITUTION OF ATTORNEYS ON BEHALF OF SNORKEL INTERNATIONAL, INC.

*Salinas vs. Amteck, et al.*
USDC NO. C 08-01463 MEJ

1  I consent to the substitution as set forth above.
2  Dated: 6.5.08                    SNORKEL INTERNATIONAL, INC.
3
4                                    By: *(signature) Frank Sansbarany*
5

6  I consent to the substitution as set forth above.
7  Dated: 5/1/2008                  PORTER, ROGERS, DAHLMAN
8                                   & GORDON, P.C.
9                                    By: *(signature)*
10                                        Tonya Beane Webber

11  I accept the substitution set forth above
12  DATED: 6/7/08                   DRYDEN, MARGOLES, SCHIMANECK
13                                  & WERTZ
14                                   By: *(signature)*
15                                       Frank E. Schimaneck
                                         Attorneys for Defendant
16                                       SNORKEL INTERNATIONAL, INC

17
18
19  6/16/08

**IT IS SO ORDERED**
*(signature)*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Salinas, Reynaldo, et al. vs. Amteck of Kentucky, Inc., et al. (Snorkel International, Inc.)*
*United States District Court, Northern District of California 3:08-cv-01463-PJH*

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

- ***SUBSTITUTION OF ATTORNEYS**;*

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

|   | ATTORNEY FOR: | ATTORNEY: | MANNER OF SERVICE |
|---|---|---|---|
| 1) | *Attorneys for Plaintiffs:*<br><br>*Reynaldo Salinas;*<br>*Isabel Salinas;*<br>*Jessica Salinas* | **Michael A. Hawash, Esq.**<br>**Wesley Todd Ball, Esq.**<br>Farrar & Ball<br>1010 Lamar, Suite 1600<br>Houston, TX 77002<br>Tel: (713) 221-8300 • Fax: (713) 221-8301 | *VIA MAIL* |
| 2) | *Attorneys for Defendants:*<br><br>*Amteck of Kentucky, Inc. dba Kentucky Amteck, Inc.;*<br><br>*Haskell Company dba The Haskell Company of Florida* | **Anthony C. Diepenbrock, Esq.**<br>**John P. Cotter, Esq.**<br>Diepenbrock & Cotter, LLP<br>1545 River Park Drive, Suite 201<br>Sacramento, CA 95815<br>Tel: (916) 565-6222 • Fax: (916) 565-6220<br>Email: td@diepenbrockcotter.com;<br>jpc@diepenbrockcotter.com | *VIA MAIL* |
| 3) | *Attorneys for Defendant:*<br><br>*U.S. Trades, LLC* | **Bryan Haynes, Esq.**<br>**Jason Robert Marlin, Esq.**<br>Locke, Liddell & Sapp<br>Chase Tower<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201<br>Tel: (214) 740-8554<br>Fax: (214) 740-8800/(214) 756-8540 | *VIA MAIL* |
| 4) | *Attorneys for Defendant:*<br><br>*Snorkel International, Inc.* | **Tonya Beane Webber, Esq.**<br>Porter, Rogers, Dahlman & Gordon, P.C.<br>One Shoreline Plaza<br>800 N. Shoreline, Suite 800<br>Corpus Christi, TX 78401<br>Tel: (361) 880-5808 • Fax: (361) 880-5844 | *VIA MAIL* |

**_X_**  **MAIL:** I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1

Proof of Service

*Salinas, Reynaldo, et al. vs. Amteck of Kentucky, Inc., et al. (Snorkel International, Inc.)*
*United States District Court, Northern District of California 3:08-cv-01463-PJH*

   ✗    **EMAIL/PACER/ECF:** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45 *(as to registered users only)*.

   ✗    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   ✗    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ***June 9, 2008***, at San Francisco, California.

/s/ *Linda Benson*
(original signature retained by attorney Frank E. Schimaneck)

Linda Benson

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

2

Proof of Service