1  Wesley Todd Ball, Esq. (*Pro Hac Vice*)
   Michael A. Hawash, Esq. (*Pro Hac Vice*)
2  FARR & BALL
   1010 Lamar, Suite 1600
3  Houston, TX 77002
   Telephone: 713-221-8300
4  Facsimile: 713-221-8301

5  TIMOTHY D. McMAHON, ESQ., SBN 117024
   CORSIGLIA, McMAHON & ALLARD, LLP
6  96 N. Third Street, Suite 620
   San Jose, CA 95112
7  [408] 289-1417 Telephone
   [408] 289-8127 Facsimile
8
   Attorneys for Plaintiffs
9  REYNALDO SALINAS, et al.

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  REYNALDO SALINAS, et al.          ]   No. C 08-01463 PJH
                                      ]
15                     Plaintiffs,    ]   NOTICE OF APPEARANCE OF
                                      ]   COUNSEL
16  vs.                               ]
                                      ]
17  AMTECK OF TEXAS, et al.,          ]
                                      ]
18                     Defendants     ]
                                      ]
19  _____ ]

20

21  TO ALL PARTIES AND TO THERE ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE THAT Timothy D. McMahon of the law firm of Corsiglia,

23  McMahon & Allard LLP, hereby appears as co-counsel with Wesley Todd Ball, Esq. and

24  Michae A. Hawash, of the firm Farrar & Ball, attorneys for plaintiff, REYNALDO SALINAS,

25  et al.

26  Date: June 16, 2008              CORSIGLIA, McMAHON & ALLARD, LLP

27
                                                    /s/
28                                     _____
                                       TIMOTHY D. McMAHON, ESQ.
                                       Attorneys for Plaintiffs
                                       REYNALDO SALINAS, et al.