Wesley Todd Ball, Esq. (Pro Hac Vice)
Michael A. Hawash, Esq. (Pro Hac Vice)
Farrar & Ball, LLP
1010 Lamar, Suite 1600
Houston, Texas 77002
713-221-8300
Fax: 713-221-8301

Attorneys for Plaintiffs
REYNALDO SALINAS, et al

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> AMTECK OF TEXAS, ET. AL., <br><br> Defendants. | Case No.: CV 08-01463 (PJH) <br><br> **ASSOCIATION OF ATTORNEYS** |

TO: ALL PARTIES HERE AND INTO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that the undersigned associates Timothy D. McMahon, Esq. and of the law firm of Corsiglia, McMahon & Allard, LLP, 96 N. Third Street, Suite 620, San Jose, CA 95112 (408)298-7200 as an attorney of record for plaintiffs in this action.

Please address copies of all papers, correspondence, and inquiries in this case to attorney Timothy D. McMahon.

DATED: June 16, 2008         FARRAR & BALL

By: _____
MICHAEL A. HAWASH
FARRAR & BALL
1010 Lamar, Suite 1600
Houston, TX 77002
(713) 221-8300

Attorney for Plaintiffs
REYNALDO SALINAS, et al

| | | |
|---|---|---|
| 1 | DATED: June 6, 2008 | FARRAR & BALL |
| 2 | | By: /s/ Wes Ball |
| 3 | | WESLEY T. BALL |
| 4 | | FARRAR & BALL |
| | | 1010 Lamar, Suite 1600 |
| 5 | | Houston, TX 77002 |
| | | (713) 221-8300 |
| 6 | | |
| | | Attorney for Plaintiffs |
| 7 | | REYNALDO SALINAS, et al |
| 8 | I accept the association. | |
| 9 | DATED: June 16, 2008 | CORSIGLIA, MCMAHON & ALLARD, LLP |
| 10 | | By: /s/ |
| 11 | | TIMOTHY D. MCMAHON, ESQ |
| | | CORSIGLIA, MCMAHON & ALLARD |
| 12 | | 96 N. Third Street, Suite 620 |
| | | San Jose, CA 95112 |
| 13 | | (408) 298-7200 |

ASSOCIATION OF ATTORNEYS