1  Wesley Todd Ball, Esq. (*Pro Hac Vice*)
   Michael A. Hawash, Esq. (*Pro Hac Vice*)
2  FARR & BALL
   1010 Lamar, Suite 1600
3  Houston, TX 77002
   Telephone: 713-221-8300
4  Facsimile: 713-221-8301

5  TIMOTHY D. McMAHON, ESQ., SBN 117024
   CORSIGLIA, McMAHON & ALLARD, LLP
6  96 N. Third Street, Suite 620
   San Jose, CA 95112
7  [408] 289-1417 Telephone
   [408] 289-8127 Facsimile
8
   Attorneys for Plaintiffs
9  REYNALDO SALINAS, et al.

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 REYNALDO SALINAS, et al.            No. C 08-01463 PJH

15                    Plaintiffs,      STIPULATION AND [PROPOSED]
                                       ORDER RESCHEDULING CASE
16 vs.                                 MANAGEMENT CONFERENCE

17 AMTECK OF TEXAS, et al.,            Date:   June 26, 2008
                                       Time:   2:30 p.m.
18                    Defendants       Dept.   Courtroom 3, 17th Floor
                                       Judge:  Hon. Phyllis J. Hamilton
19

20        IT IS HEREBY STIPULATED by and between the parties and through their attorneys

21 of record herein, that the current Case Management Conference scheduled for Thursday,

22 June 26, 2008, at 2:30 p.m., in Courtroom 3, 17th Floor, before the Hon. Phyllis J.

23 Hamilton, can be continued for at least 30 days.

24        IT IS FURTHER AGREED that this stipulation may be signed in counterparts and a

25 facsimile signature on this stipulation will act as an original.

26 Dated: June 16, 2008              CORSIGLIA, McMAHON & ALLARD, LLP

27

28                                   _____
                                     TIMOTHY D. McMAHON, ESQ.
                                     Attorneys for Plaintiffs
                                     REYNALDO SALINAS, et al.

| | | |
|---|---|---|
| 1 | Dated: 6-17-08 | FARR & BALL LLP |
| 2 | | |
| 3 | | *Wesley Ball* |
| 4 | | WESLEY TODD BALL, ESQ. |
| 5 | | Attorneys for Plaintiffs REYNALDO SALINAS, et al. |
| 6 | Dated: _____ | CALLAHAN, McCUNE & WILLIS, APLC |
| 7 | | |
| 8 | | _____ |
| 9 | | RONALD D. DIGESTI, ESQ. Attorneys for Defendant U.S. TRADES |
| 10 | | |
| 11 | Dated: _____ | DIEPENBROCK & COTTER, LLP |
| 12 | | |
| 13 | | _____ |
| 14 | | JOHN P. COTTER, ESQ. Attorneys for Defendants, AMTECK OF KENTUCKY, INC., and THE HASKELL COMPANY |
| 15 | | |
| 16 | Dated: _____ | DRYDEN, MARGOLIS, SCHIMANECK & WERTZ |
| 17 | | |
| 18 | | _____ |
| 19 | | FRANK EDWARD SCHMANECK, ESQ. Attorneys for Defendant SNORKEL INTERNATIONAL, INC. |
| 20 | | |

## ORDER

The foregoing stipulation, have been read and considered, and good cause appearing therefor, the Case Management Conference has been rescheduled to _____, 2008, at _____ p.m., in Courtroom 3 of the above-entitled court.

IT IS SO ORDERED.

DATED:_____

                                              HON. PHYLLIS J. HAMILTON
                                              UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 1 | Dated: _____ | FARR & BALL LLP |
| 2 | | |
| 3 | | |
| 4 | | _____<br>WESLEY TODD BALL, ESQ.<br>Attorneys for Plaintiffs<br>REYNALDO SALINAS, et al. |
| 5 | | |
| 6 | Dated: June 17, 2008 | CALLAHAN, McCUNE & WILLIS, APLC |
| 7 | | |
| 8 | | |
| 9 | | _____<br>RONALD D. DIGESTI, ESQ.<br>Attorneys for Defendant U.S. TRADES |
| 10 | Dated: _____ | DIEPENBROCK & COTTER, LLP |
| 11 | | |
| 12 | | |
| 13 | | _____<br>JOHN P. COTTER, ESQ.<br>Attorneys for Defendants, AMTECK OF<br>KENTUCKY, INC., and THE HASKELL<br>COMPANY |
| 14 | | |
| 15 | Dated: _____ | DRYDEN, MARGOLIS, SCHIMANECK & WERTZ |
| 16 | | |
| 17 | | |
| 18 | | _____<br>FRANK EDWARD SCHMANECK, ESQ.<br>Attorneys for Defendant SNORKEL<br>INTERNATIONAL, INC. |
| 19 | | |

**ORDER**

The foregoing stipulation, have been read and considered, and good cause appearing therefor, the Case Management Conference has been rescheduled to _____, 2008, at _____ p.m., in Courtroom 3 of the above-entitled court.

IT IS SO ORDERED.

DATED:_____

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 1 | Dated: _____ | FARR & BALL LLP |
| 2 | | |
| 3 | | |
| 4 | | _____<br>WESLEY TODD BALL, ESQ.<br>Attorneys for Plaintiffs<br>REYNALDO SALINAS, et al. |
| 5 | | |
| 6 | Dated: _____ | CALLAHAN, McCUNE & WILLIS, APLC |
| 7 | | |
| 8 | | |
| 9 | | _____<br>RONALD D. DIGESTI, ESQ.<br>Attorneys for Defendant U.S. TRADES |
| 10 | Dated: 6/17/08 | |
| 11 | | DIEPENBROCK & COTTER, LLP |
| 12 | | *[signature]* |
| 13 | | _____<br>JOHN P. COTTER, ESQ.<br>Attorneys for Defendants, AMTECK OF<br>KENTUCKY, INC., and THE HASKELL<br>COMPANY |
| 14 | | |
| 15 | | |
| 16 | Dated: _____ | DRYDEN, MARGOLIS, SCHIMANECK & WERTZ |
| 17 | | |
| 18 | | _____<br>FRANK EDWARD SCHMANECK, ESQ.<br>Attorneys for Defendant SNORKEL<br>INTERNATIONAL, INC. |
| 19 | | |
| 20 | | |

### ORDER

The foregoing stipulation, have been read and considered, and good cause appearing therefor, the Case Management Conference has been rescheduled to _____, 2008, at _____ p.m., in Courtroom 3 of the above-entitled court.

IT IS SO ORDERED.

DATED:_____

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

| | |
|---|---|
| Dated: _____ | FARR & BALL LLP |
| | |
| | _____<br>WESLEY TODD BALL, ESQ.<br>Attorneys for Plaintiffs<br>REYNALDO SALINAS, et al. |
| Dated: _____ | CALLAHAN, McCUNE & WILLIS, APLC |
| | |
| | _____<br>RONALD D. DIGESTI, ESQ.<br>Attorneys for Defendant U.S. TRADES |
| Dated: _____ | DIEPENBROCK & COTTER, LLP |
| | |
| | _____<br>JOHN P. COTTER, ESQ.<br>Attorneys for Defendants, AMTECK OF KENTUCKY, INC., and THE HASKELL COMPANY |
| Dated: 6/16/08 | DRYDEN, MARGOLIS, SCHIMANECK & WERTZ |
| | |
| | _____[signature]_____<br>FRANK EDWARD SCHMANECK, ESQ.<br>Attorneys for Defendant SNORKEL INTERNATIONAL, INC. |

## ORDER

The foregoing stipulation, have been read and considered, and good cause appearing therefor, the Case Management Conference has been rescheduled to _____, 2008, at _____ p.m., in Courtroom 3 of the above-entitled court.

IT IS SO ORDERED.

DATED:_____

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT