| | |
|---|---|
| Clerk's Use Only | Michael A. Hawash, Esq. |
| Initial for fee pd.: | FARRAR & BALL |
| | 1010 Lamar, Suite 1600 |
| | Houston, TX 77002 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FILED 08 JUN 23 PM 3:52

REYNALDO SALINAS et al.

           Plaintiff(s),

    v.

AMTECK OF TEXAS, et al.,

           Defendant(s).

CASE NO. C 08-01463 PJH

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Michael A. Hawash, Esq., an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing REYNALDO SALINAS et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
TIMOTHY D. MCMAHON, ESQ., (Bar # 117024) Corsiglia, McMahon & Allard, LLC, 96 N. Third Street, Suite 620, San Jose, CA 95112

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-18-08

                                                Michael A. Hawash, Esq.

UNITED STATES DISTRICT COURT

Northern District of California

REYNALDO SALINAS et al.

                Plaintiff(s),

v.

AMTECK OF TEXAS, et al.,

                Defendant(s).

CASE NO. No. C 08-01463 PJH

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Michael A. Hawash, Esq. ☐ , an active member in good standing of the bar of Texas ☐ whose business address and telephone number (particular court to which applicant is admitted) is

FARRAR & BALL
1010 Lamar, Suite 1600
Houston, TX 77002  Phone (713) 221-8300

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs, REYNALDO SALINAS et al. ☐ .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June __ 2008 ☐

_____
United States District      Judge

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020494
Cashier ID: bucklem
Transaction Date: 06/23/2008
Payer Name: corsiglia mcmahon and allard
------------------------------------
PRO HAC VICE
  For: michael a hawash
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:       $210.00
------------------------------------
CHECK
  Check/Money Order Num: 0952
  Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-1463pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```