UNITED STATES DISTRICT COURT

Northern District of California

REYNALDO SALINAS et al.

                    Plaintiff(s),

    v.

AMTECK OF TEXAS, et al.,

                    Defendant(s).

CASE NO. No. C 08-01463 PJH

**(Proposed)**
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael A. Hawash, Esq. , an active member in good standing of the bar of Texas whose business address and telephone number (particular court to which applicant is admitted) is

FARRAR & BALL
1010 Lamar, Suite 1600
Houston, TX 77002  Phone (713) 221-8300 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs, REYNALDO SALINAS et al. .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June __25__ 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton

United States District Judge