Timothy D. McMahon (State Bar No. 117024)
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose, California 95112
Telephone: (408) 298-7200

Michael Hawash (Admitted Pro Hac Vice)
FARRAR & BALL
1010 Lamar, Ste. 1600
Houston, Texas 77002
Telephone: (713) 221-8300
Facsimile: (713) 221-8301

*Attorneys for: Plaintiffs,*
*Reynaldo Salinas, Isabel Salinas,*
*And Jessica Salinas, Individually*
*And as Representative of the*
*Estate of Jose Martin Salinas*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, ET AL, ) | Case No.: CV 08-01463 (PJH) |
| ) | |
| Plaintiffs, ) | ***EX PARTE* MOTION TO** |
| ) | **CHANGE TIME** |
| vs. ) | |
| ) | |
| AMTECK OF TEXAS, ET. AL., ) | Date:  July 23, 2008 |
| ) | Time:  9:00 a.m. |
| Defendants. ) | Courtroom:  3 |
| ) | |

PLAINTIFFS' EX PARTE MOTION TO CHANGE TIME OF HEARING ON
DEFENDANTS AMTECK OF KENTUCKY, INC. and
THE HASKELL COMPANY'S MOTION FOR ASSESSMENT OF FEES AND COSTS
AGAINST PLAINTIFFS AND FOR STAY OR DISMISSAL OF PROCEEDING
PENDING PAYMENT SET FOR JULY 23, 2008

In accordance with L.R. 6-3, Plaintiffs move for an order to change the time of the hearing scheduled for July 23, 2008 on Defendants' Motion for Assessment of Fees and Costs Against Plaintiffs and for Stay or Dismissal of Proceeding Pending Payment.

1. Since the hearing Plaintiffs seek to move is on July 23, 2008, Plaintiffs cannot give the required 35 days notice pursuant to L.R. 7-2(a). Therefore, Plaintiffs file this motion *ex parte* and ask the Court to change the time for the hearing on Defendants Motion for Assessment of Fees and costs pursuant to L.R. 6-3(d).

2. Defendants have filed a Defendants Motion for Assessment of Fees and Costs Against Plaintiffs and for Stay or Dismissal of Proceedings Pending Payment related to a prior action filed by Plaintiffs over the incident made the basis of this lawsuit. Plaintiffs have filed a response to Defendants' motion stating that Defendants' motion should fail in both fact and law. Plaintiffs incorporate their response to Defendants' motion for the assessment of fees and costs filed contemporaneously with this motion to change time as if fully set forth herein.

3. The grounds for this motion are the Plaintiffs' lead attorney, Michael Hawash, is scheduled for trial in 80th Judicial District Court of Harris County, Texas on a trial docket beginning July 21, 2008 (as evidenced by the Docket Control Order attached hereto as Exhibit A). There is no indication that this case will settle or not go to trial as currently scheduled.

4. Plaintiffs' counsel has attempted to meet and confer with counsel for Defendants to reschedule the hearing by stipulation in accordance with L.R. 6-1(a). However, Defendants have refused to reset the hearing until after Mr. Hawash's trial is complete (as evidenced by the letter attached hereto as Exhibit B).

5. Plaintiffs will incur substantial harm if the hearing is not reset as Plaintiffs' lead counsel, Michael Hawash, is already set for trial in Harris County, Texas on this date and simply cannot attend the hearing.

6. There have been no prior stipulations or motions to move this hearing.

7. Moving this hearing will have no effect on the schedule for this case as the initial scheduling conference has not yet been held and is set to go forth on July 31, 2008. If Mr. Hawash is still in trial on this date, the initial scheduling conference will be attended by Plaintiffs' local counsel, Timothy D. McMahon.

8. For the foregoing reasons, Plaintiffs respectfully request the Court reset the hearing on Defendants Motion for Assessment of Fees and Costs Against Plaintiffs and for Stay or Dismissal of Proceedings Pending Payment for a date after August 4, 2008.

Dated: July 2, 2008

**FARRAR & BALL**

/s/ Michael Hawash

Michael Hawash, Esq.
Attorney for Plaintiffs

Dated: July 2, 2008

**CORSIGLIA MCMAHON & ALLARD**

/s/ Timothy D. McMahon

Timothy D. McMahon, Esq.
Attorney for Plaintiffs

## CERTIFICATE OF CONFERENCE

I certify that on June 30, 2008, my office contacted John P. Cotter and he is opposed to resetting his hearing on Defendants Motion for Assessment of Fees and Costs Against Plaintiffs and for Stay or Dismissal of Proceeding Pending Payment.

/s/ *Michael A. Hawash*

MICHAEL A. HAWASH

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) to the counsel listed below on July 2, 2008:

John P. Cotter
Anthony R. Rossmiller
DIEPENBROCK & COTTER, LLP
1545 River Park Drive, Ste. 201
Sacramento, CA  95815
T:  (916) 565-6222
F:  (916) 565-6220
*Attorneys for Defendant,*
*Amteck of Kentucky, Inc, and*
*The Haskell Company of Florida*

Ronald D. Digesti
Martyn "Marty" Collins
Peter M. Callahan
Callahan, McCune & Willis, APLC
500 Sansome Street, Suite 410
San Francisco, CA 94111
T: (415) 593-5700
F: (415) 593-6984
*Attorneys for Defendant,*
*U.S. Trades*

Frank E. Schimaneck
Dryden, Margoles, Schimaneck & Wertz
505 Sansome St., Sixth Floor
San Francisco, CA  94111
T: (415) 362-6715
F: (415) 362-0638
*Attorneys for Defendant,*
*Snorkel International, Inc.*

1

2  I declare under penalty of perjury that the forgoing is true and correct.

3  */s/ Timothy D. McMahon*

4  TIMOTHY D. MCMAHON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTION TO RESET HEARING ON DEFENDANTS
MOTION FOR ASSESSMENT OF FEES AND
COSTS AGAINST PLAINTIFFS