Timothy D. McMahon (State Bar No. 117024)
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose, California 95112
Telephone: (408) 298-7200

Michael Hawash (Admitted Pro Hac Vice)
FARRAR & BALL
1010 Lamar, Ste. 1600
Houston, Texas 77002
Telephone: (713) 221-8300
Facsimile: (713) 221-8301

*Attorneys for: Plaintiffs,*
*Reynaldo Salinas, Isabel Salinas,*
*And Jessica Salinas, Individually*
*And as Representative of the*
*Estate of Jose Martin Salinas*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, ET AL, | Case No.: CV 08-01463 (PJH) |
| Plaintiffs, | **ATTORNEY DECLARATION** |
| vs. | |
| AMTECK OF TEXAS, ET. AL., | Date: July 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| Defendants. | |

ATTORNEY DECLARATION SUPPORTING PLAINTIFFS' MOTION TO RESET THE HEARING TO DEFENDANTS AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY'S NOTICE OF MOTION FOR ASSESSMENT OF FEES AND COSTS AGAINST PLAINTIFFS AND FOR STAY OR DISMISSAL OF PROCEEDING PENDING PAYMENT

I, MICHAEL A. HAWASH, declare:

1. I am an attorney licensed to practice in the State of Texas and am a partner with Farrar & Ball, LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters

set forth in this declaration unless otherwise stated and could competently testify thereto if called as a witness.

2. I am currently set for trial on a trial docket beginning July 21, 2008, in the case styled and numbered, *Karla Armas v. Basic Materials, Inc., et al.,* Cause No. 2007-36747, the 80th Judicial District Court of Harris County, Texas. I represent *Karla Armas* in this matter.

3. Attached to Plaintiffs Motion to Reset the Hearing as Exhibit A is a true and correct copy of the Docket Control Order in the aforementioned case, *Armas v. Basic Materials, Inc.* There is no indication that this case will not go to trial as currently scheduled. *Basic Materials* has not responded to any of *Karla Armas'* settlement demands. I have no reasonable reason to believe the case will settle before trial.

4. In the instant case, I have attempted to meet and confer with counsel for Defendants to reschedule the hearing on Defendants' Motion for Assessment of Fees and Costs Against Plaintiffs and for Stay or Dismissal of Proceedings Pending Payment for a date after August 4, 2008.

5. Attached to Plaintiffs' Motion to Reset Hearing Motion as Exhibit B is a true and correct copy of a letter from Defendants' counsel wherein Defendants refused to reset the hearing currently scheduled for July 23, 2008.

6. Upon information and belief, the trial of *Karla Armas v. Basic Materials* should be completed no later than August 4, 2008.

Declaration of Michael Hawash
2

7. I declare under penalty of perjury that the foregoing is true and correct except as to matters stated to be upon information and belief., and as to those matters, I believe them to be true.

Dated: July 2, 2008

**FARRAR & BALL, LLP**

*/s/ Michael Hawash*

---
Michael Hawash, Esq.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) to the counsel listed below on July 2, 2008:

John P. Cotter
Anthony R. Rossmiller
DIEPENBROCK & COTTER, LLP
1545 River Park Drive, Ste. 201
Sacramento, CA  95815
T:  (916) 565-6222
F:  (916) 565-6220
*Attorneys for Defendant,*
*Amteck of Kentucky, Inc, and*
*The Haskell Company of Florida*

Ronald D. Digesti
Martyn "Marty" Collins
Peter M. Callahan
Callahan, McCune & Willis, APLC
500 Sansome Street, Suite 410
San Francisco, CA 94111
T: (415) 593-5700
F: (415) 593-6984
*Attorneys for Defendant,*
*U.S. Trades*

Frank E. Schimaneck
Susan E. Foe
Dryden, Margoles, Schimaneck & Wertz
505 Sansome St., Sixth Floor
San Francisco, CA  94111
T:  (415) 362-6715
F:  (415) 362-0638
*Attorneys for Defendant,*
*Snorkel International, Inc.*

I declare under penalty of perjury that the forgoing is true and correct.

/s/ Timothy D. McMahon

_____
TIMOTHY D. MCMAHON

| | **DIEPENBROCK & COTTER, LLP** | |
|---|---|---|
| Anthony C. Diepenbrock<br>John P. Cotter<br>Paul R. Cotter<br>Anthony R. Rossmiller<br>Vera Y. Cha<br>Daniel L. Dees<br>Brian J. O'Connor<br>Mary L. Diepenbrock | ATTORNEYS AT LAW<br>1545 RIVER PARK DRIVE, SUITE 201<br>SACRAMENTO, CALIFORNIA 95815<br>Telephone (916) 565-6222<br>Facsimile (916) 565-6220<br>www.diepenbrockcotter.com | SAN FRANCISCO AREA OFFICE<br>2010 Crow Canyon Place #100<br>San Ramon, California 94583<br>Tel (925) 824-3124<br>Fax (925) 886-2702<br><br>Writer's E-mail<br>jpc@diepenbrockcotter.com |

July 1, 2008

*Via Facsimile Only*

Michael A. Hawash
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
(713) 221-8301

RE: <u>Salinas, et al. v. Amteck, et al.</u>

Dear Mr. Hawash:

This letter is in response to your assistant's request that the hearing date of July 23, 2008 be moved. I have checked with my clients and they will not consent to moving the hearing date. As set forth in the pending motion, my clients have been subjected to what they consider substantial, unnecessary expense by your office.

Because you have requested that this case be put on an expedited schedule, it makes sense that this motion be heard sooner rather than later.

Sincerely,

DIEPENBROCK & COTTER LLP

By: _____
JOHN P. COTTER

JPC:mlp
cc:
Timothy D. McMahon (408) 289-8127
Ronald D. Digesti (415) 593-6984
Frank Edward Schmaneck (415) 362-0638

H:\DEEP SOUTH\Salinas\Correspondence\FEDERAL COURT\pl atty.1.wpd



EXHIBIT A

ARMAS, KARLA § IN THE DISTRICT COURT OF
vs § HARRIS COUNTY, TEXAS
BASIC MATERIALS INC § 80TH JUDICIAL DISTRICT

## DOCKET CONTROL ORDER

The following docket control order shall apply to this case unless modified by the court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1. 01/22/08 **JOINDER.** All parties must be added and served, whether by amendment or third party practice, by this date. THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS DOCKET CONTROL ORDER AT THE TIME OF SERVICE.

2. **EXPERT WITNESS DESIGNATION.** Expert witness designations are required and must be served by the following dates. The designation must include the information listed in Rule 194.2(f). Failure to timely respond will be governed by Rule 193.6.
   (a) 03/21/08 Experts for parties seeking affirmative relief.
   (b) 04/21/08 All other experts.

3. **STATUS CONFERENCE.** Parties shall be prepared to discuss all aspects of the case, including ADR, with the court on this date _____ TIME_____. Failure to appear will be grounds for dismissal for want of prosecution.

4. **DISCOVERY LIMITATIONS.** The discovery limitations of Rule 190.2, if applicable, or otherwise of Rule 190.3, apply unless changed below.
   (a) _____ Total hours per side for oral depositions.
   (b) _____ Number of interrogatories that may be served by each party on any other party.

5. **ALTERNATIVE DISPUTE RESOLUTION**
   (a) 05/21/08 By this date the parties must either (1) file an agreement for ADR stating the form of ADR requested and the name of an agreed mediator if applicable or (2) set an objection to ADR. If no agreement or objection is filed, the court may sign an ADR order.
   (b) 06/20/08 ADR conducted pursuant to the agreement of the parties must be completed by this date.

6. 06/20/08 **DISCOVERY PERIOD ENDS.** All discovery must be conducted before the end of the discovery period. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement. Incomplete discovery will not delay the trial.

7. **DISPOSITIVE MOTIONS AND PLEAS.** Must be heard by oral hearing or submission.
   (a) If subject to an interlocutory appeal, dispositive motions or pleas must be heard by this date.
   (b) Summary judgment motions not subject to an interlocutory appeal must be heard by this date.
   (c) Rule 166a(i) motions may not be heard before this date.

8. **CHALLENGES TO EXPERT TESTIMONY.** All motions to exclude expert testimony and evidentiary challenges to expert testimony must be filed by this date unless extended by leave of court.

9. 04/21/08 **PLEADINGS.** All amendments and supplements must be filed by this date. This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

10. **PRE-TRIAL CONFERENCE OR DOCKET CALL.** Parties shall be prepared to discuss all aspects of trial with the court on this date _____ TIME_____. Failure to appear will be grounds for dismissal for want of prosecution.

11. 07/21/08 **TRIAL.** If not assigned by the second Friday following this date, the case will be reset.

SIGNED
2403482
KYLE WAYNE FARRAR
Ste 1600
1010 Lamar

EXHIBIT B

LYNN BRADSHAW-HULL
JUDGE, 80TH DISTRICT COURT
DATE GENERATED: 10/18/2007