Timothy D. McMahon (State Bar No. 117024)
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose, California 95112
Telephone: (408) 298-7200

Michael Hawash (Admitted Pro Hac Vice)
FARRAR & BALL
1010 Lamar, Ste. 1600
Houston, Texas 77002
Telephone: (713) 221-8300
Facsimile: (713) 221-8301

*Attorneys for: Plaintiffs,*
*Reynaldo Salinas, Isabel Salinas,*
*And Jessica Salinas, Individually*
*And as Representative of the*
*Estate of Jose Martin Salinas*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REYNALDO SALINAS, ET AL, | Case No.: CV 08-01463 (PJH) |
| Plaintiffs, | **PROPOSED ORDER** |
| vs. | |
| AMTECK OF TEXAS, ET. AL., | Date: July 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO CHANGE TIME OF HEARING ON DEFENDANTS AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY'S MOTION FOR ASSESSMENT OF FEES AND COSTS AGAINST PLAINTIFFS AND FOR STAY OR DISMISSAL OF PROCEEDING PENDING PAYMENT

This matter coming before this court and after due consideration of the moving papers, and all other matters presented to the court,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Ex Parte Motion to Change Time of Hearing on Defendants Amteck of Kentucky, Inc. and the Haskell Company's Motion for Assessment of Fees and Costs Against Plaintiffs and for Stay or Dismissal of Proceeding Pending Payment is GRANTED.

2. The hearing will now take place on August ____, 2008 at _____ a.m./p.m.

Dated: _____

                                                                        HON. PHYLLIS J. HAMILTON
                                                                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) to the counsel listed below on July 3, 2008:

John P. Cotter
Anthony R. Rossmiller
DIEPENBROCK & COTTER, LLP
1545 River Park Drive, Ste. 201
Sacramento, CA 95815
T: (916) 565-6222
F: (916) 565-6220
*Attorneys for Defendant,*
*Amteck of Kentucky, Inc, and*
*The Haskell Company of Florida*

Ronald D. Digesti
Martyn "Marty" Collins
Peter M. Callahan
Callahan, McCune & Willis, APLC
500 Sansome Street, Suite 410
San Francisco, CA 94111
T: (415) 593-5700
F: (415) 593-6984
*Attorneys for Defendant,*
*U.S. Trades*

Frank E. Schimaneck
Susan E. Foe
Dryden, Margoles, Schimaneck & Wertz
505 Sansome St., Sixth Floor
San Francisco, CA 94111
T: (415) 362-6715
F: (415) 362-0638
*Attorneys for Defendant,*
*Snorkel International, Inc.*

I declare under penalty of perjury that the forgoing is true and correct.

/s/ Timothy D. McMahon
_____
TIMOTHY D. MCMAHON