DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, et al., | CASE NO. C 08-01463 PJH |
| Plaintiffs, | |
| vs. | Date:     July 23, 2008 |
| | Time:     9:00 a.m. |
| AMTECK OF TEXAS, et al., | Courtroom: 3 |
| Defendants. | |

ATTORNEY DECLARATION SUPPORTING DEFENDANTS AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR ASSESSMENT OF COSTS AND FEES AGAINST PLAINTIFFS IN THE AMOUNT OF $77,847.66 AND FOR STAY OR DISMISSAL OF PROCEEDINGS PENDING PAYMENT;

I, JOHN P. COTTER, declare:

1. I am an attorney at law licensed to practice in the State of California and am partner with Diepenbrock & Cotter, LLP, counsel of record for defendants Amteck of Kentucky, Inc. and the Haskell Company (hereinafter, "defendants") in the above-referenced matter. I have personal knowledge of the matters set forth in this declaration unless otherwise stated and could competently testify thereto if called as a witness.

2. Attached to the reply brief accompanying this declaration as Exhibit "A" is a true and correct copy of a letter received by my office from plaintiffs' counsel Wesley Todd Ball dated October 22, 2007.

3. Attached to the reply brief accompanying this declaration as Exhibit "B" is a true and correct copy of a letter dated October 23, 2007 sent to plaintiffs' counsel Wesley Todd Ball by my partner Anthony C. Diepenbrock.

4. Attached to the reply brief accompanying this declaration as Exhibit "C" is a true and correct copy of the a complaint my office received in the matter of <u>Geraldo Salinas, et al. vs. Amteck of Texas</u>, Hildalgo County, Texas, Case No. C-1427-08B.

I declare under penalty of perjury that the foregoing is true and correct except as to matters stated on information and belief and as to those matters, I believe them to be true.

Executed on July 8, 2008 at Sacramento, California.

*/s/ John P. Cotter*

JOHN P. COTTER

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) or UNITED PARCEL SERVICE to the counsel listed below on July 9, 2008:

Wesley Todd Ball
Michael A. Hawash
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
T: (713) 221-8300
F: (713) 221-8301
michael@fbtrial.com

Counsel for Plaintiffs
(By United Parcel Service only - not ECF registered for this case)

Timothy D. McMahon
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose Ca. 95112
T: (408) 298-7200
F:
tmcmahon@cmalaw.net

Counsel for Plaintiffs
(Served through ECF system)

Ronald D. Digesti, Esq.
Callahan, Mccune & Willis, APLC
500 Sansome Street. Suite 410
San Francisco, CA 94111
T: 415-593-5700
F: 415-593-6984
ronald_digesti@cmwlaw.net

Counsel for U.S. Trades
(Served through ECF system)

1  Frank Edward Schmaneck
   Dryden Margolis Schimaneck & Wertz
2  505 Sansome Street, Sixth Floor
   San Francisco, CA 94111
3  T: (415) 362-6715
   F: (415) 362-0638
4  feschimaneck@drydenlaw.com

5
   Counsel for Snorkel International, Inc.
6  (Served through ECF system)

7      I declare under penalty of perjury that the forgoing is true and correct.

8                                 */s/ John P. Cotter*
                                        _____
9                                     JOHN P. COTTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY DECLARATION RE: REPLY TO OPPOSITION
TO MOTION FOR FEES AND COSTS         - 4 -        CASE NO. C 08-01463 PJH