DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, et al., ) | CASE NO. C 08-01463 PJH |
| Plaintiffs, ) | |
| vs. ) | Date: July 23, 2008 |
| ) | Time: 9:00 a.m |
| AMTECK OF TEXAS, et al., ) | Courtroom: 3 |
| Defendants. ) | |

REQUEST FOR JUDICIAL NOTICE RE:
DEFENDANTS AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR ASSESSMENT OF FEES AND COSTS AGAINST PLAINTIFFS IN THE AMOUNT OF $77,847.66 AND FOR STAY OR DISMISSAL OF PROCEEDINGS PENDING PAYMENT

REQUEST FOR JUDICIAL NOTICE        - 1 -        CASE NO. C 08-01463 PJH

Pursuant to Federal Rule of Evidence 201, defendants Amteck of Kentucky, Inc. and the Haskell Company request that the court take judicial notice of the following facts:

1. Plaintiffs Gerardo Salinas and Alejandra Salinas, individually and as representatives of the Estate of Jose Martin Salinas have filed a complaint based on the same operative facts of this case in Hildago County, Texas. See Exhibit C to this reply brief accompanying this brief.

2. Plaintiffs Gerardo Salinas and Alejandra Salinas, individually and as representatives of the Estate of Jose Martin Salinas filed the action referred to in No. 1 against Amteck of Texas, Amteck of Kentucky, Inc., U.S. Trades LLC, Haskell Company d.b.a. The Haskell Company of Florida and Snorkel International. Plaintiffs Gerardo Salinas and Alejandra Salinas, individually and as representatives of the Estate of Jose Martin Salinas.

3. As indicated in the complaint referenced in No. 1, plaintiffs Gerardo Salinas and Alejandra Salinas allege they are the parents of decedent Jose Martin Salinas.

DATED:   July 9, 2008                    DIEPENBROCK & COTTER, LLP

By:   */s/ John P. Cotter*
    _____
    JOHN P. COTTER
    ANTHONY R. ROSSMILLER
    Attorneys for Defendants
    AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) or UNITED PARCEL SERVICE to the counsel listed below on July 9, 2008:

Wesley Todd Ball
Michael A. Hawash
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
T: (713) 221-8300
F: (713) 221-8301
michael@fbtrial.com

Counsel for Plaintiffs
(By United Parcel Service only - not ECF registered for this case)

Timothy D. McMahon
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose Ca. 95112
T: (408) 298-7200
F:
tmcmahon@cmalaw.net

Counsel for Plaintiffs
(Served through ECF system)

Ronald D. Digesti, Esq.
Callahan, Mccune & Willis, APLC
500 Sansome Street. Suite 410
San Francisco, CA 94111
T: 415-593-5700
F: 415-593-6984
ronald_digesti@cmwlaw.net

Counsel for U.S. Trades
(Served through ECF system)

1  Frank Edward Schmaneck
   Dryden Margolis Schimaneck & Wertz
2  505 Sansome Street, Sixth Floor
   San Francisco, CA 94111
3  T: (415) 362-6715
   F: (415) 362-0638
4  feschimaneck@drydenlaw.com

5  Counsel for Snorkel International, Inc.
   (Served through ECF system)
6
7           I declare under penalty of perjury that the forgoing is true and correct.

                                        */s/ John P. Cotter*
8                                       _____
                                        JOHN P. COTTER
9
10
   H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\Rule 41 Motion\mot-costs-frcp41(2)- opp - req for judicial notice.wpd
11