Timothy D. McMahon (State Bar No. 117024)
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose, California 95112
Telephone: (408) 298-7200

Michael Hawash (Admitted Pro Hac Vice)
FARRAR & BALL
1010 Lamar, Ste. 1600
Houston, Texas 77002
Telephone: (713) 221-8300
Facsimile: (713) 221-8301

*Attorneys for: Plaintiffs,*
*Reynaldo Salinas, Isabel Salinas,*
*And Jessica Salinas, Individually*
*And as Representative of the*
*Estate of Jose Martin Salinas*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, ET AL, ) | Case No.: CV 08-01463 (PJH) |
| ) | |
| Plaintiffs, ) | ~~PROPOSED~~ **ORDER** |
| ) | |
| vs. ) | |
| ) | Date:      July 23, 2008 |
| AMTECK OF TEXAS, ET. AL., ) | Time:     9:00 a.m. |
| ) | Courtroom: 3 |
| Defendants. ) | |

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO CHANGE TIME OF HEARING ON DEFENDANTS AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY'S MOTION FOR ASSESSMENT OF FEES AND COSTS AGAINST PLAINTIFFS AND FOR STAY OR DISMISSAL OF PROCEEDING PENDING PAYMENT

This matter coming before this court and after due consideration of the moving papers, and all other matters presented to the court,

IT IS HEREBY ORDERED THAT:

1.     Plaintiffs' Ex Parte Motion to Change Time of Hearing on Defendants Amteck of Kentucky, Inc. and the Haskell Company's Motion for Assessment of Fees and Costs Against Plaintiffs and for Stay or Dismissal of Proceeding Pending Payment is GRANTED.

2.     The hearing will now take place on August __13__, 2008 at __9:00__ a.m./~~p.m.~~

Dated: __July 10, 2008__



_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING DEFENDANTS
MOTION FOR ASSESSMENT OF FEES AND
COSTS AGAINST PLAINTIFFS

Page 2