```
 1  PETER M. CALLAHAN, ESQ. (SBN 44937)
    RONALD D. DIGESTI, ESQ. (SBN 129051)
 2  LEEH A. DiBELLO, ESQ. (SBN 214349)
    ANNA C. GEHRIGER, ESQ. (SBN 248484)
 3  CALLAHAN, McCUNE & WILLIS, APLC
    500 Sansome Street, Suite 410
 4  San Francisco, CA 94111
    Tel:    (415) 593-5700
 5  Fax:    (415) 593-6984
    E-Mail: ronald_digesti@cmwlaw.net
 6
    Attorneys for Defendant,
 7  U.S. TRADES, LLC
```

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO SALINAS, ISABEL SALINAS, AND JESSICA SALINAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE MARTIN SALINAS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTECK OF TEXAS, AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC., U.S. TRADES, LLC, HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA, SNORKEL INTERNATIONAL, INC.<br><br>Defendants. | Case No.: 3:08-cv-01463 PJH<br>JUDGE: Hon. Phyllis J. Hamilton<br>DEPARTMENT: 3<br>COMPLAINT DATE: 3/17/08<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT U.S. TRADES, LLC'S MOTION TO DISMISS**<br><br>DATE:  August 20, 2008<br>TIME:  9:00 a.m.<br>DEPT:  3<br><br>DISCOVERY CUT OFF:  NONE<br>MOTION CUT OFF:     NONE<br>MSC DATE:           NONE<br>TRIAL DATE:         NONE |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that the motion of Defendant U.S. TRADES, LLC for an order dismissing it with prejudice from the above-captioned action having come on regularly for hearing on August 20, 2008, at 9:00 a.m., in Department 3 of the above-entitled Court before the Honorable Phyllis J. Hamilton, United States District Judge, all parties being present and represented by counsel, the documents on file herein having been considered, oral arguments having been heard and GOOD CAUSE APPEARING THEREFOR,

-2-

1    IT IS HEREBY ORDERED that motion of Defendant U.S. TRADES, LLC is hereby
2 GRANTED.
3    IT IS FURTHER ORDERED that Defendant U.S. TRADES, LLC is herewith dismissed
4 from the instant action with prejudice.
5    IT IS SO ORDERED.
6
7 DATED: August ____, 2008
      _____
8     THE HON. PHYLLIS J. HAMILTON
      UNITED STATES DISTRICT JUDGE
9
10
11
12 G:\ActiveCases\HAR\080013Salinas\PROC\MotionToDismissUST\P-Order.doc
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
COUNTY OF SAN FRANCISCO    )

I am employed in the County of San Francisco, State of California, I am over the age of 18 years and not a party to the within action; my business address is 500 Sansome Street, Suite 410, San Francisco, California.

On this date, I served the foregoing document described as:

**DEFENDANT U.S. TRADES, LLC's NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF RONALD D. DIGESTI IN SUPPORT OF DEFENDANT U.S. TRADES, LLC'S MOTION TO DISMISS; and [PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

SEE ATTACHED SERVICE LIST

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__X__ **(BY MAIL)** I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

__X__ **(EMAIL/PACER/ECF)** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45 *(as to registered users only)*.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 11, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Patricia Inabnet

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Case Name: *Reynaldo Salinas v. Amteck of Texas, et al.* |
|   | Court: USDC, Northern District of California, San Francisco Division |
| 3 | Case Number: 3:08-cv-01463 PJH |

| | |
|---|---|
| Wesley T. Ball, Esq. (TSBN 24038754) | Attorneys for Plaintiffs |
| Michael A. Hawash, Esq. (TSBN 00792061) | |
| FARRAR & BALL, LLP | |
| 1010 Lamar, Suite 1600 | |
| Houston, TX 77002 | |
| Tel: (713) 221-8300 | |
| Fax: (713) 221-8301 | |
| E-Mail: michael@fbtrial.com | |
| | |
| Timothy D. McMahon, Esq. (SBN 117024) | |
| CORSIGLIA, McMAHON & ALLARD | |
| 96 N. 3rd St., #620 | |
| San Jose, CA 95112 | |
| Tel: (408) 289-1417 | |
| Fax: (408) 289-8127 | |
| E-Mail: tmcmahon@cmalaw.net | |
| | |
| John P. Cotter, Esq. | Attorneys for Defendants |
| Anthony C. Diepenbrock, Esq. | AMTECK & HASKELL |
| DIEPENBROCK & COTTER LLP | |
| 1545 River Park Drive, Suite 201 | |
| Sacramento, CA 95815 | |
| Tel: (916) 565-6222 | |
| Telecopier: (916) 565-6220 | |
| Fax: | |
| E-Mail: jpc@diepenbrockcotter.com, | td@diepenbrockcotter.com , |
| arr@diepenbrockcotter.com, | geraldine@diepenbrockcotter.com |
| maryp@diepenbrockcotter.com | |
| | |
| Tonya Beane Webber, Esq. | Attorneys for Defendant |
| PORTER, ROGERS, DAHLMAN | SNORKEL INTERNATIONAL, INC. |
| & GORDON, PC | |
| One Shoreline Plaza, Suite 800 | |
| 800 N. Shoreline | |
| Corpus Christi, TX 78401 | |
| Tel: | |
| Fax: | |
| E-Mail: | |
| | |
| Bryan Haynes, Esq. (TSBN 09283520) | Co-Counsel for Defendant |
| C. Don Clayton, Esq. (TSBN 24027932) | U.S. TRADES, LLC |
| Jason R. Marlin, Esq. (TSBN 2405098) | |

PROOF OF SERVICE

| | |
|---|---|
| 1 | LOCKE LORD BISSELL & LIDDELL, LLP |
| 2 | 2200 Ross Avenue., Suite 2200<br>Dallas, TX  75201 |
| 3 | Tel:  (214) 740-8000<br>Fax:  (214) 740-8800 |
| 4 | E-Mail:  bhaynes@lockelord.com |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE