```
1  PETER M. CALLAHAN, ESQ. (SBN 44937)
   RONALD D. DIGESTI, ESQ. (SBN 129051)
2  LEEH A. DiBELLO, ESQ. (SBN 214349)
   ANNA C. GEHRIGER, ESQ. (SBN 248484)
3  CALLAHAN, McCUNE & WILLIS, APLC
   500 Sansome Street, Suite 410
4  San Francisco, CA 94111
   Tel:   (415) 593-5700
5  Fax:   (415) 593-6984
   E-Mail: ronald_digesti@cmwlaw.net
```

Attorneys for Defendant,
**U.S. TRADES, LLC**

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO SALINAS, ISABEL SALINAS, AND JESSICA SALINAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE MARTIN SALINAS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTECK OF TEXAS, AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC., U.S. TRADES, LLC, HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA, SNORKEL INTERNATIONAL, INC.<br><br>Defendants. | Case No.: 3:08-cv-01463 PJH<br>JUDGE: Hon. Phyllis J. Hamilton<br>DEPARTMENT: 3<br>COMPLAINT DATE: 3/17/08<br><br>**DEFENDANT U.S. TRADES, LLC'S RE-NOTICE OF MOTION TO DISMISS**<br><br>DATE:   August 20, 2008<br>TIME:   9:00 a.m.<br>DEPT:   3<br><br>DISCOVERY CUT OFF:   NONE<br>MOTION CUT OFF:   NONE<br>MSC DATE:   NONE<br>TRIAL DATE:   NONE |

TO THE HONORABLE PHYLLIS J. HAMILTON, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

---

3:08-cv-01463 PJH
U.S. TRADES, LLC'S RE-NOTICE OF MOTION TO DISMISS

1  **PLEASE TAKE NOTICE that on August 20, 2008, at 9:00 a.m., in Department 3** of the
2  above-entitled Court located at **450 Golden Gate, in San Francisco, California**, before the
3  Honorable Phyllis J. Hamilton, United States District Judge, Defendant **U.S. TRADES, LLC**
4  will and hereby does respectfully move this Court for an order dismissing U.S. TRADES, LLC
5  with prejudice from the above-captioned action.  Undersigned defendant brings this Motion to
6  Dismiss the claims of Reynaldo Salinas, Isabel Salinas and Jessica Salinas (Individually and as
7  Representative of the Estate of Jose Salinas) as against U.S. Trades, LLC ("UST"), based on the
8  exclusive remedy of Worker's Compensation in the State of California.  UST should be
9  dismissed from the civil suit because, as the employer who provided Worker's Compensation
10 benefits to plaintiffs, it is protected by the exclusive remedy rule.  California Labor Code
11 §§ 3600, 3602.

14       Respectfully submitted,

16 DATED: July 15, 2008                    CALLAHAN, McCUNE & WILLIS, APLC

18                                         By _____
                                            PETER M. CALLAHAN, ESQ.
19                                          RONALD D. DIGESTI, ESQ.
                                            LEEH A. DiBELLO, ESQ.
                                            ANNA C. GEHRIGER, ESQ.
20                                          Attorneys for Defendant
21                                          **U.S. TRADES, LLC**

G:\ActiveCases\HAR\080013Salinas\PROC\MotionToDismissUST\P-Renotice of Motion To Dismiss.doc