| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Wesley Todd Ball, Esq.
FARRAR & BALL
1010 Lamar, Suite 1600
Houston, TX 77002

FILED
08 JUL 22 PM 2: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

REYNALDO SALINAS et al.

Plaintiff(s),

v.

AMTECK OF TEXAS, et al.,

_____ Defendant(s). _____ /

CASE NO. C 08-01463 PJH

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Wesley Todd Ball, Esq., an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing REYNALDO SALINAS et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   TIMOTHY D. MCMAHON, ESQ., (Bar # 117024) Corsiglia, McMahon & Allard, LLC, 96 N. Third Street, Suite 620, San Jose, CA 95112

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/15/08

Wesley Todd Ball, Esq.

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021557
Cashier ID: bucklem
Transaction Date: 07/22/2008
Payer Name: corsiglia mcmahon and allard
------------------------------------
PRO HAC VICE
 For: wesley t ball
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 972
 Amt Tendered: $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

c08-1463pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2                    UNITED STATES DISTRICT COURT
3                     Northern District of California
4
5  REYNALDO SALINAS et al.
6                                              CASE NO. No. C 08-01463 PJH
7                                                   (Proposed)
              Plaintiff(s),              ORDER GRANTING APPLICATION
8       v.                               FOR ADMISSION OF ATTORNEY
                                         *PRO HAC VICE*
9
10 AMTECK OF TEXAS, et al.,
11
12            Defendant(s).
                                    /
13  Wesley Todd Ball, Esq.          ☐ , an active member in good standing of the bar of
14  Texas                           ☐ whose business address and telephone number
15  (particular court to which applicant is admitted)
16  is
17  FARRAR & BALL
    1010 Lamar, Suite 1600
18  Houston, TX 77002  Phone (713) 221-8300                                              ,
19  having applied in the above-entitled action for admission to practice in the Northern District of
20  California on a *pro hac vice* basis, representing Plaintiffs, REYNALDO SALINAS et al.    ☐ .
21       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
23  *vice*. Service of papers upon and communication with co-counsel designated in the application will
24  constitute notice to the party. All future filings in this action are subject to the requirements
25  contained in General Order No. 45, *Electronic Case Filing*.
26
27  Dated: July ___, 2008    ☐
28
                                              _____
                                              United States District    Judge