UNITED STATES DISTRICT COURT

Northern District of California

REYNALDO SALINAS et al.

CASE NO.  No. C 08-01463 PJH

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

AMTECK OF TEXAS, et al.,

Defendant(s).

/

Wesley Todd Ball, Esq.                    ▣ , an active member in good standing of the bar of

Texas                                          ▣  whose business address and telephone number

(particular court to which applicant is admitted)

is

FARRAR & BALL
1010 Lamar, Suite 1600
Houston, TX 77002  Phone (713) 221-8300                                   ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs, REYNALDO SALINAS et al.      ▣ .

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: July __, 2008      ▣

United Sta...                                    e

IT IS SO ORDERED

Judge Phyllis J. Hamilton