1  Frank E. Schimaneck, Esq. (SBN 73912)
   Susan E. Foe, Esq. (SBN 148730)
2  DRYDEN, MARGOLES, SCHIMANECK & WERTZ
   A Law Corporation
3  505 Sansome Street, Sixth Floor
   San Francisco, California 94111
4  Telephone: (415) 362-6715
   Facsimile: (415) 362-0638
5  Email:  feschimaneck@drydenlaw.com
             sefoe@dyrdenlaw.com
6
7  Attorneys for Defendant
   SNORKEL INTERNATIONAL, INC.
8

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   (SAN FRANCISCO DIVISION)

13

14 | REYNALDO SALINAS; ISABEL SALINAS; | ) | **USDC NO. C 08-01463 PJH** |
   | AND JESSICA SALINAS, individually and as | ) | |
15 | REPRESENTATIVE OF THE ESTATE OF | ) | ***CORRECTION*** **TO JOINT CASE** |
   | JOSE MARTIN SALINAS, | ) | **MANAGEMENT CONFERENCE** |
16 | | ) | **STATEMENT BY DEFENDANT** |
   | Plaintiff, | ) | **SNORKEL INTERNATIONAL, INC.** |
17 | | ) | [F.R.C.P. 16 and Civil L.R. 16-10] |
   | v. | ) | |
18 | | ) | Date:    July 31, 2008 |
   | AMTECK OF TEXAS; AMTECK OF | ) | Time:    2:30 p.m. |
19 | KENTUCKY, INC., dba KENTUCKY | ) | Place:   Courtroom 3, 17th Floor |
   | AMTECK, INC.; U.S. TRADES, LLC; | ) | |
20 | HASKELL COMPANY dba THE HASKELL | ) | Judge:   Honorable Phyllis J. Hamilton |
   | COMPANY OF FLORIDA, SNORKEL | ) | |
21 | INTERNATIONAL, INC., | ) | |
   | | ) | |
22 | Defendants. | ) | |
   | | ) | |

23         Defendant SNORKEL INTERNATIONAL, INC., requests the Court's attention and makes

24 the following correction of a typographical error in the Joint Case Management Conference

25 Statement filed by the parties on July 18, 2008, on page 3, under **Legal Issues in Dispute, B.**

26 **Defendant's Statement.**  The paragraph should be corrected to read as follows:

27 / / /

28 / / /

                                       1

**DRYDEN,**
**MARGOLES,**
**SCHIMANECK**
**& WERTZ**

505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

*CORRECTION* TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT BY DEFENDANT SNORKEL INTERNATIONAL, INC.

*Salinas vs. Amteck, et al.*
USDC NO. C 08-01463 PJH

1

**4.    LEGAL ISSUES IN DISPUTE**

2

. . .

3

    **B.    Defendants' Statement**

4

        Snorkel International, Inc. contends that there was no defect in any Snorkel product,

5

*that the Snorkel product was misused*,[1] and there was no negligence on the part of Snorkel

6

International, Inc.

7

                                         Respectfully submitted,

8

DATED:  July 28, 2008.         **DRYDEN, MARGOLES, SCHIMANECK**
                                **& WERTZ**

9

                   /s/ *Susan E. Foe*

10

            By:   _____

11

                 Susan E. Foe
                 Attorneys for Defendant

12

                 SNORKEL INTERNATIONAL, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Emphasis in italics has been added for the Court's attention.

**DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ**

505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

*CORRECTION* TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT BY DEFENDANT SNORKEL
INTERNATIONAL, INC.

*Salinas vs. Amteck, et al.*
USDC NO. C 08-01463 PJH

*Salinas, Reynaldo, et al. vs. Amteck of Kentucky, Inc.; et al. (Snorkel International, Inc.)*
*United States District Court, Northern District of California 3:08-cv-01463-PJH*

## PROOF OF SERVICE

1

2

3

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs.  My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111.  On the date shown below I served the following document:

4

5

• ***CORRECTION* TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT BY DEFENDANT SNORKEL INTERNATIONAL, INC.;**

6

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | ATTORNEY FOR: | ATTORNEY: | MANNER OF SERVICE |
|---|---|---|---|
| 1) | *Attorneys for Plaintiffs:*<br><br>*Reynaldo Salinas;*<br>*Isabel Salinas;*<br>*Jessica Salinas* | **Michael A. Hawash, Esq.**<br>**Wesley Todd Ball, Esq.**<br>Farrar & Ball<br>1010 Lamar, Suite 1600<br>Houston, TX 77002<br>Tel: (713) 221-8300 * Fax: (713) 221-8301<br>Email: michael@fbtrial.com<br>Email: wes@fbtrial.com<br><br>**Timothy D. McMahon, Esq.**<br>Corsiglia, McMahon & Allard<br>96 North Third Street, Suite 620<br>San Jose, CA 95112<br>Tel: (408) 298-7200<br>Email: tmcmahon@popelka.com | *EMAIL* |
| 2) | *Attorneys for Defendants:*<br><br>*Amteck of Kentucky, Inc. dba*<br>*Kentucky Amteck, Inc.;*<br><br>*Haskell Company dba The*<br>*Haskell Company of Florida* | **Anthony C. Diepenbrock, Esq.**<br>**John P. Cotter, Esq.**<br>Diepenbrock & Cotter, LLP<br>1545 River Park Drive, Suite 201<br>Sacramento, CA 95815<br>Tel: (916) 565-6222 * Fax:  (916) 565-6220<br>Email:  td@diepenbrockcotter.com ;<br>jpc@diepenbrockcotter.com | EMAIL |
| 3) | *Attorneys for Defendant:*<br><br>*U.S. Trades, LLC* | **Peter M. Callahan, Esq.**<br>**Ronald D. Digesti, Esq.**<br>**Leeh A. DiBello, Esq.**<br>**Anna C. Gehriger, Esq.**<br>Callahan, McCune & Willis, APLC<br>500 Sansome Street, Suite 410<br>San Francisco, CA 94111<br>Tel: (415) 593-5700 * Fax: (415) 593-6984<br>Email: ronald_digesti@cmwlaw.net ;<br>leeh_dibello@cmwlaw.net | EMAIL |

26

27  **☒  EMAIL/PACER/ECF:**  I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45.

28

**DRYDEN,**
**MARGOLES,**
**SCHIMANECK**
**& WERTZ**

505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

3

Proof of Service

*Salinas, Reynaldo, et al. vs. Amteck of Kentucky, Inc., et al. (Snorkel International, Inc.)*
*United States District Court, Northern District of California 3:08-cv-01463-PJH*

1

**X**    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2

**X**    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3

Executed on *July 28, 2008*, at San Francisco, California.

4

/s/ *Linda L. Benson*

5

*(original signature retained by attorney Susan E. Foe)*

6

**Linda L. Benson**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ**

505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

4

Proof of Service