UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: July 31, 2008                              JUDGE: Phyllis J. Hamilton

Case No: C-08-1463 PJH

Case Name: Reynaldo Salinas, et al. V. Amteck of Texas, et al.

Attorney(s) for Plaintiff:      Michael A. Hawash
Attorney(s) for Defendant:   Anthony R. Rossmiller (Amteck and Haskell);
                             Ronald D. Digesti and Anna C. Gehriger (US Trades);
                             Susan Foe (Snorkel)

**Deputy Clerk**: Nichole Heuerman              **Court Reporter**: Not Reported

PROCEEDINGS

   Initial Case Management Conference-Held. Any joinder of parties shall be completed within 60 days. The last day to amend the pleadings is 90 days before non-expert discovery cut-off. The court sets a pretrial schedule.

**REFERRALS:**

**[x] Case referred to ADR for Private Mediation to be completed within 150 days**.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 4/8/09**
**Expert disclosure: 7/2/09**
**Expert discovery cutoff: 9/2/09**
**Dispositive Motions heard by: 5/27/09**
**Pretrial Conference: 10/22/09 at 2:30 p.m.**
**Trial: 11/2/09 at 8:30 a.m., for 10 days, by [x] Jury  [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x] Court

Notes:

cc: file; ADR