UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO SALINAS, et al.,

    Plaintiff(s),　　　　　　　　　　　No. C 08-1463 PJH

  v.　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

AMTECK OF KENTUCKY, et al.,

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **August 27, 2008** at **9:00 a.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the hearing on Defendants' Motion for Assessment of Fees and Costs and for Stay or Dismissal **previously noticed for** August 13, 2008 , in this matter.

                                Richard W. Wieking
                                Clerk, U.S. District Court

                                by:_____
                                Nichole Heuerman, Deputy Clerk
                                Honorable Phyllis J. Hamilton
                                (415) 522-2023

Dated: August 4, 2008