```
 1 │ Harvey L. Goldhammer, Esq.                    FILED
   │ State Bar No. 76549
 2 │ LAW OFFICES OF THOMAS O'HAGAN              08 AUG -1  PM 3:09
   │ 101 N. Brand Blvd., Penthouse Suite
 3 │ Glendale, California 91203-2619            RICHARD W. WIEKING
   │ Ph: (818) 265-5200   Fax (818) 265-1026    CLERK, U.S. DISTRICT COURT
 4 │                                            NORTHERN DISTRICT OF CALIFORNIA
   │
 5 │ Attorneys for Lien Claimant, THE HARTFORD INSURANCE COMPANY
```

                    UNITED STATES DISTRICT COURT

                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO SALINAS, ISABEL SALINAS, AND JESSICA SALINAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE MARTIN SALINAS, <br><br> Plaintiffs, <br> vs. <br><br> AMTECK OF TEXAS, AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC., U.S. TRADES, LLC, HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA, SNORKEL INTERNATIONAL, INC., <br><br> Defendants. | Case No.: 3:08-CV-01463 PJH <br><br> Judge: Hon. Phyllis J. Hamilton <br> Department: 3 <br> Complaint Date: <br><br> NOTICE OF LIEN AS TO PLAINTIFF REYNALDO SALINAS <br><br> DISCOVERY CUT-OFF: NONE <br> MOTION CUT-OFF: NONE <br> MSC DATE: NONE <br> TRIAL DATE: NONE <br><br> **BY FAX** |

TO: ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, that the Lien Claimant, THE HARTFORD INSURANCE COMPANY, claims first lien upon the proceeds of any judgment or satisfaction of any judgment herein in favor of plaintiff REYNALDO SALINAS, for amounts paid to date in workers' compensation and related benefits as follows:

| | |
|---|---|
| Indemnity: | $37,605.04 |
| Medical | $27,351.00 |
| **TOTAL:** | $64,965.04 |

- 1 -

NOTICE OF LIEN AS TO PLAINTIFF REYNALDO SALINAS

1  Said lien is asserted to the provisions of California Labor Code, Sections, 3852, et seq.
2  The lien amount is not final. Workers' compensation benefits continue to be paid to and on
3  behalf of plaintiff REYNALDO SALINAS. The final amount of the lien, together with interest
4  thereon, and any other sums allowed, are subject to proof, and lien claimant reserves the right to
5  amend its lien claim accordingly.

7  Dated: August 1, 2008

8              LAW OFFICES OF THOMAS O'HAGAN

10     By:  _____
11          Harvey L. Goldhammer
            Attorneys for Lien Claimant,
12          THE HARTFORD INSURANCE COMPANY

<u>PROOF OF SERVICE C.C.P. 1013, C.R.C. 2003, 2008</u>

STATE OF CALIFORNIA          )
                             ) ss: The Hartford(Salinas, Reynaldo)/The Haskell Co.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 101 North Brand Boulevard, Penthouse, Glendale, California 91203-2619.

On, August 1, 2008, I served the foregoing documents, described as NOTICE OF LIEN AS TO PLAINTIFF REYNALDO SALINAS on the interested parties to this action by:

_X_   PLACING __ the original _X_ a true copy thereof, enclosed in a sealed envelope, addressed as follows:

As per attached service list.

_X_   BY MAIL: I am "readily familiar" with the firms' practice of collecting and processing correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

__   OVERNIGHT DELIVERY: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice, it is delivered to an authorized courier by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid.

__   BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee.

_X_   STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__   FEDERAL: I declare that I am employed in the office of member of the bar of this court at whose direction the service was made.

__   VIA FACSIMILE TRANSMISSION: From FAX NO. (818)265-1026 to FAX NO. _____ at ___ .M., directed to ___ The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

Dated: August 1, 2008

*Olivia Huerta*
Olivia Huerta

- 3 -
NOTICE OF LIEN AS TO PLAINTIFF REYNALDO SALINAS

Service list
Reynaldo Salinas, et al. v. Amteck of Texas, et al.
U.S. District Court, Northern District (San Francisco Division)
Case No.: 3:08-cv-01463 PJH

| COUNSEL | TEL/FAX | PARTY |
|---|---|---|
| Wesley T. Ball, Esq.<br>Michael A. Hawash, Esq.<br>FARRAR & BALL, LLP<br>1010 Lamar, Suite 1600<br>Houston, TX 77002 | (713) 221-8300<br>(713) 221-8301 Fax | Plaintiffs,<br>Michael@fbtrial.com |
| Timothy D. McMahon, Esq.<br>Corsiglia, McMahon & Allard<br>96 North 3rd Street, Suite 620<br>San Jose, CA 95112 | (408) 289-1417<br>(408) 289-8127 Fax | tmcmahon@cmalaw.net |
| John P. Cotter, Esq.<br>Anthony C. Diepenbrock, Esq.<br>Diepenbrock & Cotter, LLP<br>1545 River Park Drive, Suite 201<br>Sacramento, CA 95815 | (916) 565-6222<br>(916) 565-6220 Fax | Defendant, AMTECK &<br>HASKELL<br>jpc@diepenbrockcotter.com,<br>arr@diepenbrockcotter.com,<br>maryp@diepenbrockcotter.com |
| Peter M. Callahan, Esq.<br>Ronald D. Digesti, Esq.<br>Leeh A. DiBello, Esq.<br>Anna C. Gehriger, Esq.<br>Callahan, McCune & Willis APLC<br>500 Sansome St., Suite 410<br>San Francisco, CA 94111 | (415) 593-5700<br>(415) 593-6984 Fax | Defendant. U.S. TRADES, LLC |
| Bryan Haynes, Esq.<br>C. Don Clayton, Esq.<br>Jason R. Martin, Esq.<br>Locke, Lord, Bissell & Liddell, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201 | (214) 740-8000<br>(214) 740-8800 Fax | Co-Counsel for Defendant,<br>U.S. TRADES, LLC<br><br>bhaynes@lockelord.com,<br>dclayton@lockelord.com |
| Frank E. Schimaneck, Esq.<br>Susan E. Foe, Esq.<br>Dryden, Margoles, Schimaneck & Wertz<br>505 Sansome St., 6th Floor<br>San Francisco, CA 94111 | (415) 362-6715<br>(415) 362-0638 Fax | Defendant, SNORKEL<br>INTERNATIONAL, INC.<br>sefoe@drydenlaw.com,<br>feschimaneck@drydenlaw.com |

- 4 -

NOTICE OF LIEN AS TO PLAINTIFF REYNALDO SALINAS