**FARRAR & BALL LLP**
TRIAL ATTORNEYS

Wesley Todd Ball | PARTNER
wes@fbtrial.com

August 7, 2008

**Via E-Filing**
Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

    RE:    ***Salinas v. Amteck, et al.***
              USDC – Northern District of California Case No. C08-01463 MEJ

Dear Judge Hamilton:

    In accordance with your request at the Case Management Conference and after conferring with my clients, I feel it is not in their best interest to agree to a Magistrate Judge in the above matter.

    Thank you for your courtesies in this regard.

                                Regards,

                                Wesley T. Ball

WTB/dkw