Timothy D. McMahon (State Bar No. 117024)
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose, California 95112
Telephone: (408) 298-7200

Wesley Todd Ball (Pending Pro Hac Vice)
Michael Hawash (Admitted Pro Hac Vice)
FARRAR & BALL
1010 Lamar, Ste. 1600
Houston, Texas 77002
Telephone: (713) 221-8300
Facsimile: (713) 221-8301

*Attorneys for: Plaintiffs,*
*Reynaldo Salinas, Isabel Salinas,*
*And Jessica Salinas, Individually*
*And as Representative of the*
*Estate of Jose Martin Salinas*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> AMTECK OF TEXAS, ET. AL., <br><br> Defendants. | Case No.: CV 08-01463 (PJH) <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL OF U.S. TRADES, LLC** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiffs, file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiffs are REYNALDO SALINAS, ISABEL SALINAS, and JESSICA SALINAS, Individually and as Representative of the Estate of Jose Martin Salinas; defendants are AMTECK OF TEXAS, AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC., U.S. TRADES, LLC, THE HASKELL COMPANY D.B.A. THE HASKELL COMPANY OF FLORIDA, and SNORKEL INTERNATIONAL, INC.

2. On November 14, 2007, plaintiffs sued defendant.

3. Defendant has been served with process and has filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to refiling.

9. Only defendant U.S. Trades, LLC is dismissed from this claim.

Dated: August 11, 2008

**FARRAR & BALL**

/s/ *Wesley T. Ball*

---

Wesley T. Ball, Esq.
Attorney for Plaintiffs

Dated: August 11, 2008

**CORSIGLIA MCMAHON & ALLARD**

/s/ *Timothy D. McMahon*

---

Timothy D. McMahon, Esq.
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) to the counsel listed below on August 7, 2008:

John P. Cotter
Anthony R. Rossmiller
DIEPENBROCK & COTTER, LLP
1545 River Park Drive, Ste. 201
Sacramento, CA 95815
T: (916) 565-6222

F: (916) 565-6220
*Attorneys for Defendant,*
*Amteck of Kentucky, Inc, and*
*The Haskell Company of Florida*

Ronald D. Digesti
Peter M. Callahan
Callahan, McCune & Willis, APLC
500 Sansome Street, Suite 410
San Francisco, CA 94111
T: (415) 593-5700
F: (415) 593-6984
*Attorneys for Defendant,*
*U.S. Trades*

Frank E. Schimaneck
Susan E. Foe
Dryden, Margoles, Schimaneck & Wertz
505 Sansome St., Sixth Floor
San Francisco, CA 94111
T: (415) 362-6715
F: (415) 362-0638
*Attorneys for Defendant,*
*Snorkel International, Inc.*

I declare under penalty of perjury that the forgoing is true and correct.

*/s/ Wesley T. Ball*
_____
WESLEY T. BALL