UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** August 27, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1463 PJH

**Case Name:** Reynaldo Salinas, et al. v. Amteck of Kentucky, et al.

**Attorney(s) for Plaintiff:**    Wesley Ball; Timothy D. McMahon
**Attorney(s) for Defendant:**    Anthony R. Rossmiller (Amteck and Haskell)

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Sahar McVickar

PROCEEDINGS

    Defendants' Motion for Assessment of Fees and Costs and for Stay or Dismissal-Held. The court denies the motion but orders payment of the fees ordered by Napa Valley Superior Court as stated on the record. The fees shall be paid within 30 days.

**Order to be prepared by:**    [] Pl [] Def [x] Court

**Notes:**

**cc:** file