UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO SALINAS, et al.,

    Plaintiffs,

    v.

AMTECK OF TEXAS, et al.,

    Defendants.

_____/

No. C 08-1463 PJH

**ORDER**

Defendants' motion pursuant to Federal Rule of Civil Procedure 41(d) for sanctions and for a stay of proceedings pending payment, and motion for sanctions pursuant to 28 U.S.C. § 1927 and Federal Rule of Civil Procedure 30(d)(2)-(3), came on for hearing before this court on August 27, 2008. Plaintiffs appeared by their counsel Wesley Todd Ball and Timothy D. McMahon, and defendants appeared by their counsel Anthony R. Rossmiller.

Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court rules for the reasons stated at the hearing, as modified by the following. The motion for payment of costs and fees as sanctions is DENIED except to the extent it is based on the $7,496.26 in costs ordered by the Napa County Superior Court. Plaintiffs must pay that amount within 30 days. The alternative motion for a stay pending payment is DENIED.

**IT IS SO ORDERED.**

Dated: August 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge