RONALD D. DIGESTI, ESQ. (SBN 129051)
ANNA C. GEHRIGER, ESQ. (SBN 248484)
**CALLAHAN, McCUNE & WILLIS, APLC**
500 Sansome Street, Suite 410
San Francisco, CA 94111
Tel:   (415) 593-5700
Fax:   (415) 593-6984
E-Mail: ronald_digesti@cmwlaw.net

Attorneys for Defendant,
**U.S. TRADES, LLC**

WESLEY T. BALL, ESQ. (TSBN 24038754)
MICHAEL A. HAWASH, ESQ. (TSBN 00792061)
**FARRAR & BALL, LLP**
1010 Lamar, Suite 1600
Houston, TX 77002
Tel: (713) 221-8300
Fax: (713) 221-8301
E-Mail: michael@fbtrial.com

Attorneys for Plaintiffs
**REYNALDO SALINAS, ISABEL SALINAS, AND
JESSICA SALINAS, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF JOSE MARTIN SALINAS**

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO SALINAS, ISABEL SALINAS, AND JESSICA SALINAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE MARTIN SALINAS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTECK OF TEXAS, AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC., U.S. TRADES, LLC, HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA, SNORKEL INTERNATIONAL, INC.<br><br>Defendants. | Case No.: 3:08-cv-01463 PJH<br>JUDGE: Hon. Phyllis J. Hamilton<br>DEPARTMENT: 3<br>COMPLAINT DATE: 3/17/08<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE AS TO DEFENDANT U.S. TRADES, LLC**<br><br>DISCOVERY CUT OFF:   4/08/09<br>MOTION CUT OFF:       5/27/09<br>PRE-TRIAL CNF. DATE: 10/22/09<br>TRIAL DATE:                11/02/09 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between the undersigned parties by and through

1  their counsel of record that plaintiffs' voluntary dismissal of defendant U.S. TRADES, LLC, from
2  the instant action be and hereby is with prejudice pursuant to Federal Rule of Civil Procedure
3  41(a)(1)(B).
4      IT IS SO STIPULATED.
5  DATED: August 28, 2008     FARRAR & BALL, LLP
6      By *[signature]*
7      WESLEY T. BALL, ESQ. (TSBN 24038754)
    MICHAEL A. HAWASH, ESQ. (TSBN 00792061)
8      Attorneys for Plaintiffs
    REYNALDO SALINAS, ISABEL SALINAS,
9      AND JESSICA SALINAS, INDIVIDUALLY
    AND AS REPRESENTATIVE OF THE
10     ESTATE OF JOSE MARTIN SALINAS
11
12
13 DATED: August 27, 2008     CALLAHAN, McCUNE & WILLIS, APLC
14
15     By *[signature]*
    RONALD P. DIGESTI, ESQ.
16     ANNA C. GEHRIGER, ESQ.
    Attorneys for Defendant
17     U.S. TRADES, LLC
18
19
20 IT IS HEREBY ORDERED THAT plaintiffs' voluntary dismissal of defendant U.S.
21 TRADES, LLC, from the instant action be and hereby is with prejudice pursuant to Federal Rule
22 of Civil Procedure 41(a)(1)(B).
23     IT IS SO ORDERED.
24
25 DATED: _____, 2008     _____
    THE HON. PHYLLIS J. HAMILTON
26     UNITED STATES DISTRICT COURT
27 G:\ActiveCases\HAR\080013Salinas\PROC\P-StipReDismissal.doc
28

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
COUNTY OF SAN FRANCISCO    )

I am employed in the County of San Francisco, State of California, I am over the age of 18 years and not a party to the within action; my business address is 500 Sansome Street, Suite 410, San Francisco, California.

On this date, I served the foregoing document described as:

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE AS TO DEFENDANT U.S. TRADES, LLC**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

SEE ATTACHED SERVICE LIST

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__X__ **(BY MAIL)** I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

__X__ **(EMAIL/PACER/ECF)** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45 *(as to registered users only)*.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Martyn Collins

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Case Name: *Reynaldo Salinas v. Amteck of Texas, et al.* |
|   | Court: USDC, Northern District of California, San Francisco Division |
| 3 | Case Number: 3:08-cv-01463 PJH |

| | | |
|---|---|---|
| 4 | Wesley T. Ball, Esq. (TSBN 24038754) | Attorneys for Plaintiffs |
| 5 | Michael A. Hawash, Esq. (TSBN 00792061) | |
|   | FARRAR & BALL, LLP | |
| 6 | 1010 Lamar, Suite 1600 | |
|   | Houston, TX 77002 | |
| 7 | Tel: (713) 221-8300 | |
|   | Fax: (713) 221-8301 | |
| 8 | E-Mail: michael@fbtrial.com | |
| 9 | | |
|   | Timothy D. McMahon, Esq. (SBN 117024) | |
| 10 | CORSIGLIA, McMAHON & ALLARD | |
|   | 96 N. 3rd St., #620 | |
| 11 | San Jose, CA 95112 | |
|   | Tel: (408) 289-1417 | |
| 12 | Fax: (408) 289-8127 | |
| 13 | E-Mail: tmcmahon@cmalaw.net | |
| 14 | John P. Cotter, Esq. | Attorneys for Defendants |
|   | Anthony C. Diepenbrock, Esq. | AMTECK & HASKELL |
| 15 | DIEPENBROCK & COTTER LLP | |
| 16 | 1545 River Park Drive, Suite 201 | |
|   | Sacramento, CA 95815 | |
| 17 | Tel: (916) 565-6222 | |
|   | Telecopier: (916) 565-6220 | |
| 18 | Fax: | |
|   | E-Mail: jpc@diepenbrockcotter.com, | |
| 19 |   arr@diepenbrockcotter.com, | td@diepenbrockcotter.com, |
|   |   maryp@diepenbrockcotter.com | geraldine@diepenbrockcotter.com |
| 20 | | |
| 21 | Frank E. Schimaneck, Esq. (SBN73912) | Attorneys for Defendant |
|   | Susan E. Foe, Esq. (SBN 148730) | SNORKEL INTERNATIONAL, INC. |
| 22 | DRYDEN, MARGOLES, SCHIMANECK & | |
| 23 | WERTZ | |
|   | 505 Sansome Street, 6th Floor | |
| 24 | San Francisco, California 94111 | |
|   | Tel: (415) 362-6715 | |
| 25 | Fax: (415) 362-0638 | |
|   | Email: sefoe@drydenlaw.com | |
| 26 |   feschimaneck@drydenlaw.com | |
| 27 | | |
| 28 | Bryan Haynes, Esq. (TSBN 09283520) | Co-Counsel for Defendant |
|   | C. Don Clayton, Esq. (TSBN 24027932) | U.S. TRADES, LLC |

- 2 -

PROOF OF SERVICE

| | |
|---|---|
| 1 | Jason R. Marlin, Esq. (TSBN 2405098) |
| 2 | LOCKE LORD BISSELL & LIDDELL, LLP |
|   | 2200 Ross Avenue., Suite 2200 |
| 3 | Dallas, TX  75201 |
|   | Tel:   (214) 740-8000 |
| 4 | Fax:  (214) 740-8800 |
|   | E-Mail:  bhaynes@lockelord.com |
| 5 |          dclayton@lockelord.com |

- 3 -

PROOF OF SERVICE