1   RONALD D. DIGESTI, ESQ. (SBN 129051)
    ANNA C. GEHRIGER, ESQ. (SBN 248484)
2   **CALLAHAN, McCUNE & WILLIS, APLC**
    500 Sansome Street, Suite 410
3   San Francisco, CA 94111
    Tel:    (415) 593-5700
4   Fax:   (415) 593-6984
    E-Mail: ronald_digesti@cmwlaw.net
5
    Attorneys for Defendant,
6   **U.S. TRADES, LLC**

7   WESLEY T. BALL, ESQ. (TSBN 24038754)
    MICHAEL A. HAWASH, ESQ. (TSBN 00792061)
8   **FARRAR & BALL, LLP**
9   1010 Lamar, Suite 1600
    Houston, TX 77002
10  Tel: (713) 221-8300
    Fax: (713) 221-8301
11  E-Mail: michael@fbtrial.com

12  Attorneys for Plaintiffs
    **REYNALDO SALINAS, ISABEL SALINAS, AND**
13  **JESSICA SALINAS, INDIVIDUALLY AND AS**
    **REPRESENTATIVE OF THE ESTATE OF JOSE MARTIN SALINAS**
14

15                  **UNITED STATES DISTRICT COURT**

16          **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                       **SAN FRANCISCO DIVISION**

18  REYNALDO SALINAS, ISABEL SALINAS,        Case No.: 3:08-cv-01463 PJH
    AND JESSICA SALINAS, INDIVIDUALLY        JUDGE:  Hon. Phyllis J. Hamilton
19  AND AS REPRESENTATIVE OF THE             DEPARTMENT:  3
    ESTATE OF JOSE MARTIN SALINAS,           COMPLAINT DATE: 3/17/08
20
            Plaintiffs,                      **STIPULATION AND ORDER RE**
21                                           **DISMISSAL WITH PREJUDICE AS TO**
            vs.                              **DEFENDANT U.S. TRADES, LLC**
22
    AMTECK OF TEXAS, AMTECK OF
23  KENTUCKY, INC. d.b.a. KENTUCKY           DISCOVERY CUT OFF:      4/08/09
    AMTECK, INC., U.S. TRADES, LLC,          MOTION CUT OFF:          5/27/09
24  HASKELL COMPANY d.b.a. THE               PRE-TRIAL CNF. DATE:  10/22/09
    HASKELL COMPANY OF FLORIDA,              TRIAL DATE:              11/02/09
25  SNORKEL INTERNATIONAL, INC.

26          Defendants.

27  TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

28          IT IS HEREBY STIPULATED by and between the undersigned parties by and through

their counsel of record that plaintiffs' voluntary dismissal of defendant U.S. TRADES, LLC, from

the instant action be and hereby is with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(B).

IT IS SO STIPULATED.

DATED: August 28, 2008          FARRAR & BALL, LLP

                                By _____
                                   WESLEY T. BALL, ESQ. (TSBN 24038754)
                                   MICHAEL A. HAWASH, ESQ. (TSBN 00792061)
                                   Attorneys for Plaintiffs
                                   **REYNALDO SALINAS, ISABEL SALINAS,
                                   AND JESSICA SALINAS, INDIVIDUALLY
                                   AND AS REPRESENTATIVE OF THE
                                   ESTATE OF JOSE MARTIN SALINAS**

DATED: August 27, 2008          **CALLAHAN, McCUNE & WILLIS, APLC**

                                By _____
                                   RONALD D. DIGESTI, ESQ.
                                   ANNA C. GEHRIGER, ESQ.
                                   Attorneys for Defendant
                                   **U.S. TRADES, LLC**

        IT IS HEREBY ORDERED THAT plaintiffs' voluntary dismissal of defendant U.S.

TRADES, LLC, from the instant action be and hereby is with prejudice pursuant to Federal Rule

of Civil Procedure 41(a)(1)(B).

        IT IS SO ORDERED.

DATED: August 29, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton

G:\ActiveCases\HAR\080013Salinas\PROC\P-StipReDismissal.doc

- 2 -                                                      3:08-cv-01463 PJH
STIPULATION & ORDER RE DISMISSAL WITH PREJUDICE AS TO DEFENDANT U.S. TRADES, LLC

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                            )
COUNTY OF SAN FRANCISCO      )

    I am employed in the County of San Francisco, State of California, I am over the age of 18 years and not a party to the within action; my business address is 500 Sansome Street, Suite 410, San Francisco, California.

    On this date, I served the foregoing document described as:

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE AS TO DEFENDANT U.S. TRADES, LLC**

    Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

SEE ATTACHED SERVICE LIST

    I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

    <u>X</u>  **(BY MAIL)** I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

    <u>X</u>  **(EMAIL/PACER/ECF)** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45 *(as to registered users only)*.

    <u>X</u>  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on August 28, 2008, at San Francisco, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Martyn Collins

PROOF OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Case Name: | *Reynaldo Salinas v. Amteck of Texas, et al.* |
| Court: | USDC, Northern District of California, San Francisco Division |
| Case Number: | 3:08-cv-01463 PJH |

Wesley T. Ball, Esq. (TSBN 24038754)          Attorneys for Plaintiffs
Michael A. Hawash, Esq. (TSBN 00792061)
FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX  77002
Tel:  (713) 221-8300
Fax: (713) 221-8301
E-Mail:  michael@fbtrial.com

Timothy D. McMahon, Esq. (SBN 117024)
CORSIGLIA, McMAHON & ALLARD
96 N. 3rd St., #620
San Jose, CA  95112
Tel:  (408) 289-1417
Fax:  (408) 289-8127
E-Mail:  tmcmahon@cmalaw.net

John P. Cotter, Esq.                          Attorneys for Defendants
Anthony C. Diepenbrock, Esq.                  AMTECK & HASKELL
DIEPENBROCK & COTTER LLP
1545 River Park Drive, Suite 201
Sacramento,  CA 95815
Tel: (916) 565-6222
Telecopier: (916) 565-6220
Fax:
E-Mail:  jpc@diepenbrockcotter.com,          td@diepenbrockcotter.com ,
        arr@diepenbrockcotter.com,           geraldine@diepenbrockcotter.com
        maryp@diepenbrockcotter.com

Frank E. Schimaneck, Esq. (SBN73912)         Attorneys for Defendant
Susan E. Foe, Esq. (SBN 148730)              SNORKEL INTERNATIONAL, INC.
DRYDEN, MARGOLES, SCHIMANECK &
WERTZ
505 Sansome Street, 6th Floor
San Francisco, California 94111
Tel:  (415) 362-6715
Fax: (415) 362-0638
Email: sefoe@drydenlaw.com
        feschimaneck@drydenlaw.com

Bryan Haynes, Esq. (TSBN 09283520)           Co-Counsel for Defendant
C. Don Clayton, Esq. (TSBN 24027932)         U.S. TRADES, LLC

- 2 -

**PROOF OF SERVICE**

1    Jason R. Marlin, Esq. (TSBN 2405098)
     LOCKE LORD BISSELL & LIDDELL, LLP
2    2200 Ross Avenue., Suite 2200
3    Dallas, TX  75201
     Tel:   (214) 740-8000
4    Fax:  (214) 740-8800
     E-Mail:  bhaynes@lockelord.com
5            dclayton@lockelord.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
PROOF OF SERVICE