DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AMTECK OF KENTUCKY, et al.,<br><br>　　　　Defendants.<br>_____<br><br>GERARDO SALINAS, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AMTECK OF TEXAS, et al.,<br><br>　　　　Defendants.<br>_____ | CASE NO. C 08-01463 PJH<br>　　　　　C 08-04939 PJH<br><br>**STIPULATION OF COUNSEL RE: CONSOLIDATION OF CASES; ORDER**<br><br>**[F.R.C.P. 42]** |

STIPULATION RE: CONSOLIDATION OF CASES; ORDER ON STIPULATION

The cases <u>Reynaldo Salinas, et al. v. Amteck of Kentucky, et al.</u>, Case No. C 08-01463 PJH, and <u>Gerardo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-04939 PJH arise out of a single construction site accident which occurred on 6/16/06. The complaints in both

actions both pertain to the same accident; Case No. C 08-01463 PJH is a personal injury and wrongful death action resulting from the 6/16/06 accident while Case No. C 08-04939 PJH is a wrongful death action arising out of said accident. Pursuant to Local Rule 3-12, the cases have already been determined related cases pursuant to the Court's order dated January 8, 2009.

In the interests of justice and judicial economy, the parties hereby stipulate, pursuant to F.R.C.P. 42 and the authority of Devlin v. Transporation Communications Int'l. Union (2nd Cir. 1999) 175 F.3d 121, 130 and In re: Air Crash Disaster at Florida Everglades on December 29, 1972 (5th Cir. 1977) 549 F.2d 1006, 1013 to consolidate the above referenced cases for all purposes, including trial. The case Reynaldo Salinas, et al. v. Amteck of Kentucky, et al., Case No. C 08-01463 PJH, shall be designated as the lead case. The consolidated case number shall be Case No. C 08-01463 PJH.

DATED: March 11, 2009

DIEPENBROCK & COTTER, LLP

By: _____
JOHN P. COTTER
Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

DATED: March 11, 2009

DRYDEN, MARGOLES, SCHIMANECK & WERTZ

By: _____
FRANK SCHIMANECK
DAN MAGUIRE
SUSAN FOE
Attorneys for Defendant
SNORKEL INTERNATIONAL, INC.

STIPULATION AND ORDER RE: CONSOLIDATION OF CASES    CASE NO. C 08-01463 PJH, 08-04939 PJH
- 2 -

|     |         |                  |                                                                                                                    |
| --- | ------- | ---------------- | ------------------------------------------------------------------------------------------------------------------ |
| 1   | DATED:  | March ___, 2009  | FARRAR & BALL                                                                                                      |
|     |         |                  | By: *[signature: WsB]*                                                                                             |
|     |         |                  | WESLEY TODD BALL<br>Attorneys for Plaintiffs<br>REYNALDO SALINAS, JESSICA SALINAS, and ISABEL SALINAS               |
| 9   | DATED:  | March 11, 2009   | THE GARCIA-WILLIAMS LAW FIRM                                                                                       |
|     |         |                  | By: *[signature: David K. Williams]*                                                                               |
|     |         |                  | DAVID K. WILLIAMS<br>Attorneys for Plaintiffs<br>GERARDO and ALEJANDRA SALINAS                                      |

## ORDER

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the cases <u>Reynaldo Salinas, et al. v. Amteck of Kentucky, et al.</u>, Case No. C 08-01463 PJH, and <u>Gerardo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-04939 PJH are consolidated for all purposes, including trial. The case <u>Reynaldo Salinas, et al. v. Amteck of Kentucky, et al.</u>, Case No. C 08-01463 PJH, shall be designated as the lead case. The consolidated case number shall be Case No. C 08-01463 PJH.

DATED: 3/20/09

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA



H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\stip-consolidation2.wpd