Timothy D. McMahon (State Bar No. 117024)
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose, California 95112
Telephone: (408) 298-7200

Wesley Todd Ball (Admitted Pro Hac Vice)
Michael Hawash (Admitted Pro Hac Vice)
FARRAR & BALL
1010 Lamar, Ste. 1600
Houston, Texas 77002
Telephone: (713) 221-8300
Facsimile: (713) 221-8301

*Attorneys for: Plaintiffs,*
*Reynaldo Salinas, Isabel Salinas,*
*And Jessica Salinas, Individually*
*And as Representative of the*
*Estate of Jose Martin Salinas*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, ET AL, | Case No.: 3:08-cv-01463 (PJH) |
| | JUDGE: Hon. Phyllis J. Hamilton |
| Plaintiffs, | DEPARTMENT: 3 |
| | COMPLAINT DATE: 3/17/08 |
| vs. | ~~PROPOS~~ED ORDER |
| AMTECK OF TEXAS, ET. AL., | DISCOVERY CUT OFF: 04/08/09 |
| | MOTION CUT OFF: 05/27/09 |
| Defendants. | PRE-TRIAL CNF. DATE: 10/22/09 |
| | TRIAL DATE: 11/02/09 |
| | Case No.: CV 08-01463 (PJH) |

[~~PROPOSED~~] ORDER REGARDING JOINT CASE MANAGEMENT CONFERENCE

This matter coming before this court and after due consideration of the moving papers, and all other matters presented to the court,

IT IS HEREBY ORDERED THAT:

---

1. MARK SIGALA, an associate from the firm of Corsiglia, McMahon, and Allard, is allowed to appear and represent the interests of the *Reynaldo Salinas et. al* Plaintiffs at the hearing on April 2, 2009. __X__ AGREED ____ ~~DENIED~~

~~2. Wesley Todd Ball, lead counsel, is permitted to appear telephonically for the hearing on April 2, 2009. ____ AGREED ____ DENIED~~

~~3. The Case Management hearing on April 2, 2009 will be rescheduled for another date. ____ AGREED ____ DENIED~~

Dated: __4/1/09__

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) to the counsel listed below on March 31, 2009:

John P. Cotter
Anthony R. Rossmiller
DIEPENBROCK & COTTER, LLP
1545 River Park Drive, Ste. 201
Sacramento, CA 95815
T: (916) 565-6222
F: (916) 565-6220
*Attorneys for Defendant,*
*Amteck of Kentucky, Inc, and*
*The Haskell Company of Florida*

Frank E. Schimaneck
Susan E. Foe
Dryden, Margoles, Schimaneck & Wertz
505 Sansome St., Sixth Floor
San Francisco, CA 94111
T: (415) 362-6715
F: (415) 362-0638
*Attorneys for Defendant,*
*Snorkel International, Inc.*

I declare under penalty of perjury that the forgoing is true and correct.

*/s/ Wesley T. Ball*
_____
WESLEY TODD BALL