United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO SALINAS, et al.,

    Plaintiffs,

    v.

AMTECK OF TEXAS, et al.,

    Defendants.
_____/

No. C 08-1463 PJH

**ORDER GRANTING REQUEST FOR CONTINUANCE**

    The motion of defendant Amteck of Kentucky, Inc. for a continuance of the briefing schedule and hearing date for plaintiffs' motion for summary judgment is GRANTED. The parties shall meet and confer regarding the date for the hearing. The hearing may be set for 9:00 a.m. on any available Wednesday after the discovery cut-off date, but no later than December 2, 2009, the last day for hearing dispositive motions in this case.

    Plaintiffs are reminded that, as per the case management and pretrial order, only one summary judgment motion may be filed per side without leave of court. If plaintiffs' motion for summary judgment as to Amteck's affirmative defense that plaintiffs' claims are barred by California Labor Code § 3602 is the only motion for summary judgment that plaintiffs intend to bring, they need only re-notice the motion after the meet-and-confer.

**IT IS SO ORDERED.**

Dated: July 27, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge