UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO SALINAS, et al.,

    Plaintiffs,

    v.

AMTECK OF TEXAS, et al.,

    Defendants.
_____/

No. C 08-1463 PJH

Consolidated with:
No. C 08-4939 PJH

**NOTICE AND ORDER**

PLEASE TAKE NOTICE that because of conflicts in the court's schedule, the date for the hearing on plaintiffs' motion for summary judgment, defendant Amtek of Kentucky, Inc.'s motion for summary judgment, and Twin City Fire Insurance Company's motion to intervene, previously set for October 21, 2009, has been CONTINUED to Wednesday, November 18, 2009, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge