Timothy D. McMahon (State Bar No. 117024)
Corsiglia McMahon & Allard LLP
96 North Third Street, Suite 620
San Jose, California 95112
Telephone: (408) 298-7200

Wesley Todd Ball (Admitted Pro Hac Vice)
Kyle W. Farrar (Admitted Pro Hac Vice)
FARRAR & BALL
1010 Lamar, Ste. 1600
Houston, Texas 77002
Telephone: (713) 221-8300
Facsimile: (713) 221-8301

*Attorneys for: Plaintiffs,
Reynaldo Salinas, Isabel Salinas,
And Jessica Salinas, Individually
And as Representative of the
Estate of Jose Martin Salinas, and
Gerardo and Alejandra Salinas*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, ET AL, <br> Plaintiffs, <br><br> vs. <br><br> AMTECK OF TEXAS, ET. AL., <br><br> Defendants. | Case No.: 3:08-cv-01463 (PJH) <br> JUDGE: Hon. Phyllis J. Hamilton <br> DEPARTMENT: 3 <br> COMPLAINT DATE: 3/17/08 <br><br> **STIPULATION AND ORDER RE SNORKEL'S AMENDED BILL OF COSTS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between the undersigned parties by and through their counsel of record that Defendant, Snorkel International, Inc. accepts Plaintiffs' offer that Plaintiffs will forego and waive any right to file or pursue any appeal of the Judgment in favor of Snorkel International, Inc. in exchange for a waiver of the

1

recoverable costs set forth in the Amended Bill of Costs, with the understanding that the amount stated therein represents the total of costs recoverable under the judgment. Snorkel International, Inc. further represents that no other recovery of costs or fees or expenses of any kind from Plaintiffs will be sought on behalf of Snorkel International, Inc. as part of this agreement.

This agreement constitutes a final resolution of the matter and a mutual release between Plaintiffs and Snorkel International, Inc. from all claims for damages, costs, or fees related to the above referenced lawsuit.

IT IS SO STIPULATED.

DATED: March 1, 2010        By: _____
                                 Hugh A. Donohoe
                                 Attorney for Snorkel International, Inc.

DATED: March 1, 2010        By: __/s/ Wesley Todd Ball__
                                 Wesley Todd Ball
                                 Attorney for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT no other recovery of costs or fees or expenses of any kind will be sought on behalf of Snorkel International, Inc.

IT IS SO ORDERED.

DATED: __March 4__, 2010.



THE HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

STIPULATION & ORDER RE SNORKEL BILL OF COSTS

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document was sent via ELECTRONIC SERVICE (through ECF website) to the counsel listed below on March 1, 2010:

John P. Cotter
Anthony R. Rossmiller
DIEPENBROCK & COTTER, LLP
1545 River Park Drive, Ste. 201
Sacramento, CA 95815
T: (916) 565-6222
F: (916) 565-6220
*Attorneys for Defendant,*
*Amteck of Kentucky, Inc, and*
*The Haskell Company of Florida*

Hugh A. Donohoe
Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
*Attorney for Defendant,*
*Snorkel International, Inc.*

I declare under penalty of perjury that the forgoing is true and correct.

/s/ *Wesley Todd Ball*
_____
WESLEY TODD BALL

STIPULATION & ORDER RE SNORKEL BILL OF COSTS