DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SALINAS, et al., | CASE NO. C 08-01463 PJH |
| Plaintiffs, | |
| vs. | |
| AMTECK OF TEXAS, et al., | |
| Defendants. | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action and any related or consolidated matters be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). This stipulation to dismiss with prejudice also applies to: 1) the action <u>Gerardo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-04939 PJH (which is consolidated with the above-captioned action) and 2) the complaint in intervention filed by The Hartford, Twin Cities Fire Insurance Company. Each party stipulates to bear its own costs and attorneys fees.

DATED: March 16, 2010    FARRAR & BALL LLP

By: *Wesley Ball /by permission jkw*
WESLEY TODD BALL
Attorneys for Plaintiffs
REYNALDO SALINAS, ISABEL SALINAS, GERARDO SALINAS, ALEJANDRA SALINAS, JESSICA SALINAS and the ESTATE OF JOSE MARTIN SALINAS

DATED: March___, 2008    DIEPENBROCK & COTTER, LLP

By: _____
JOHN P. COTTER
Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

DATED: March___, 2010    DRYDEN, MARGOLES SCHIMANECK & WERTZ

By: _____
FRANK SCHIMANECK
SUSAN FOE
DANIEL McGUIRE
Attorneys for Defendant
SNORKEL INTERNATIONAL, INC.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action and any related or consolidated matters be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). This stipulation to dismiss with prejudice also applies to: 1) the action <u>Gerardo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-04939 PJH (which is consolidated with the above-captioned action) and 2) the complaint in intervention filed by The Hartford, Twin Cities Fire Insurance Company. Each party stipulates to bear its own costs and attorneys fees.

DATED: March ____, 2010    FARRAR & BALL LLP

By: _____
WESLEY TODD BALL
Attorneys for Plaintiffs
REYNALDO SALINAS, ISABEL SALINAS, GERARDO SALINAS, ALEJANDRA SALINAS, JESSICA SALINAS and the ESTATE OF JOSE MARTIN SALINAS

DATED: March 25, 2010    DIEPENBROCK & COTTER, LLP

By: _____
JOHN P. COTTER
Attorneys for Defendants
AMTECK OF KENTUCKY, INC. and THE HASKELL COMPANY

DATED: March ____, 2010    DRYDEN, MARGOLES SCHIMANECK & WERTZ

*See below, attorney Hugh Donohue signing for Defendant Snorkel International*

By: _____
FRANK SCHIMANECK
SUSAN FOE
DANIEL McGUIRE
Attorneys for Defendant
SNORKEL INTERNATIONAL, INC.

| | |
|---|---|
| DATED: March 16, 2010 | LAW OFFICES OF THOMAS O'HAGEN<br><br>By: _____<br>KEVIN A. NORRIS<br>Attorneys for Intervenor and Lienholder<br>THE HARTFORD INSURANCE COMPANY, TWIN CITIES FIRE INSURANCE COMPANY. |

ORDER

Based on the stipulation of the parties and good cause appearing, the court orders that: 1) the case <u>Reynaldo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-01463 PJH, 2) the case <u>Gerardo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-04939 PJH and 3) the complaint in intervention filed by the Hartford Insurance Company and Twin Cities Fire Insurance Company are hereby dismissed with prejudice with each party bearing its own attorneys fees and costs.

DATED: _____

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

| | | |
|---|---|---|
| DATED: | March____, 2010 | LAW OFFICES OF THOMAS O'HAGEN |

By: _____
KEVIN A. NORRIS
Attorneys for Intervenor and Lienholder
THE HARTFORD INSURANCE
COMPANY, TWIN CITIES FIRE
INSURANCE COMPANY.

DATED:   March 25, 2010            ROPERS MAJESKI KOHN BENTLEY

By: _/s/ Hugh A. Donohoe_____
HUGH A. DONOHOE
Attorneys for Defendant
SNORKEL INTERNATIONAL, INC.

## ORDER

Based on the stipulation of the parties and good cause appearing, the court orders that: 1) the case <u>Reynaldo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-01463 PJH, 2) the case <u>Gerardo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-04939 PJH and 3) the complaint in intervention filed by the Hartford Insurance Company and Twin Cities Fire Insurance Company are hereby dismissed with prejudice with each party bearing its own attorneys fees and costs.

DATED:                                   _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\STIP DISMISSAL.wpd

DATED:   March_____, 2010        LAW OFFICES OF THOMAS O'HAGEN

                                 By: _____
                                     KEVIN A. NORRIS
                                     Attorneys for Intervenor and Lienholder
                                     THE HARTFORD INSURANCE
                                     COMPANY, TWIN CITIES FIRE
                                     INSURANCE COMPANY.

DATED:   March _____, 2010        ROPERS MAJESKI KOHN BENTLEY

                                 By: _____
                                     HUGH A. DONOHUE
                                     Attorneys for Defendant
                                     SNORKEL INTERNATIONAL, INC.

## ORDER

Based on the stipulation of the parties and good cause appearing, the court orders that: 1) the case <u>Reynaldo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-01463 PJH, 2) the case <u>Gerardo Salinas, et al. v. Amteck of Texas, et al.</u>, Case No. C 08-04939 PJH and 3) the complaint in intervention filed by the Hartford Insurance Company and Twin Cities Fire Insurance Company are hereby dismissed with prejudice with each party bearing its own attorneys fees and costs.  All pending motions are terminated in both cases. Docket numbers 111, 124, 125 of case #08-1463 and the clerk shall close both cases.

DATED: 3/25/10                   _____
                                 PHYLLIS J. HAMILTON
                                 UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED* [signature] Judge Phyllis J. Hamilton

H:\DEEP SOUTH\Salinas\Pleadings\FEDERAL COURT\STIP DISMISSAL.wpd